POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (212) 661-8665
jpafiti@pomlaw.com

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DR. FERN MARGOLIS, MAYER MARGOLIS, JUAN PADILLA, ZEV LEWINSON, EDUARDO ARANIBAR, ELIZABETH GUIDICE, EARL MCFARLAND, GLENNIS PARKER, and SHAUN BIDDISCOMBE, Individually and On Behalf of All Others Similarly Situated, | Case No. 5:23-cv-03882-PCP **SECOND AMENDED CLASS ACTION COMPLAINT** **JURY TRIAL DEMANDED** |
| Plaintiff, | |
| v. | |
| APPLE INC. | |
| Defendants. | |

**TABLE OF CONTENTS**

I.      INTRODUCTION ......................................................................................................... 1

II.     JURISDICTION AND VENUE..................................................................................... 4

III.    PARTIES ...................................................................................................................... 5

IV.     SUBSTANTIVE ALLEGATIONS .............................................................................. 13

        A.      The iPhone 7 Devices..................................................................................... 14

        B.      Apple's False and Misleading Descriptions of iOS 15 ................................. 15

        C.      iOS 15 Degraded the Performance of the iPhone 7 Devices......................... 20

        D.      The Reason Why iOS 15's Performance is Degraded on the iPhone 7 Devices
                .................................................................................................................... 25

V.      CLASS ACTION ALLEGATIONS ............................................................................ 34

VI.     CAUSES OF ACTION................................................................................................ 38

VII.    PRAYER FOR RELIEF .............................................................................................. 50

VIII.   DEMAND FOR TRIAL BY JURY ........................................................................... 50

Plaintiffs Dr. Fern Margolis, Mayer Margolis, Juan Padilla, Zev Lewinson, Eduardo Aranibar, Elizabeth Guidice, Earl McFarland, Glennis Parker, Shaun Biddiscombe, James Roohan, Ferdinand Metz, and Evan Swinford ("Plaintiffs"), individually and on behalf of all other persons similarly situated, as defined herein, by Plaintiffs' undersigned attorneys, for Plaintiffs' complaint against Defendant Apple Inc. ("Apple" or the "Company"), allege the following based upon personal knowledge as to Plaintiffs and Plaintiffs' own acts, and information and belief as to all other matters.

## I.    INTRODUCTION

1.    Apple's iPhone is its most important product. In 2022 alone, Apple generated over $205 billion in revenue from iPhone sales.

2.    Every year, Apple releases a new iPhone model, along with a new version of its proprietary iOS software, which is the mobile operating system for the iPhone.  The iPhone is an expensive product, with the latest model costing at least $800 and some versions costing well over $1,000. Apple therefore gives its customers the ability to update their current devices with the latest iOS version. This leads Apple's customers to believe that they can continue to use their current devices, at least at the same level of performance, while receiving important security updates from the latest iOS version.

3.    In September 2021, Apple released iOS 15 as the latest iOS version available at the time. iOS 15 was the last iOS series that Apple made available for the iPhone 7 and iPhone 7 Plus (the "iPhone 7 Devices").

4.    Apple promoted iOS 15 as improving the performance of the iPhone 7 Devices and providing important security updates. The Company also incessantly told its customers to download these updates by sending notifications directly to their iPhones until they downloaded the latest version of iOS 15.

5.    iOS 15, however, did not work well on the iPhone 7 Devices. Instead, it slowed down their performance of basic operations across apps, as compared to prior iOS versions. This operating system update also caused myriad other problems as compared to prior iOS versions,

AMENDED CLASS ACTION COMPLAINT (Case No. 5:23-cv-03882)

such as apps freezing or crashing, the battery draining more quickly, the device taking longer to work after booting, and the device becoming very hot, among other basic performance problems in the regular usage of the iPhone 7 Devices.

6.     Apple misrepresented these negative effects of iOS 15 on the iPhone 7 Devices. The Company represented that iOS 15 would improve—or at the very least maintain—the performance of these devices while providing important security updates. Apple also did not warn that iOS 15 would cause the iPhone 7 Devices to suffer this significant performance degradation.

7.     iOS 15 in general was plagued by performance problems, to the point that a *Forbes* article described the release as a "dumpster fire." These problems were exacerbated on the iPhone 7 Devices because of how these older devices, which Apple released in 2016, interacted with the newer and more complicated software in iOS 15.

8.     Apple represents to customers that they may continue using their current iPhones on new iOS versions that it releases each year.  Apple frequently includes more powerful processing chips in newer-model iPhones. Apple then makes each subsequent version of iOS more complicated and tailored to the capabilities of the latest iPhone.

9.     Older iPhone models are often unable to run the latest version of iOS properly. As *Apple Explained*—a popular reviewer of Apple technology—explains, "[i]f you've updated your iPhone to a new version of iOS and felt like it became slower, you're not alone . . . .  The reason your older iPhone is struggling isn't due to faulty lines of code, but rather, a more power-hungry operating system that demands more performance from the devices they run on. And if your device is a few years old, this can cause some problems."

10.     Apple makes new iOS versions available only for certain iPhone models. But Apple represents to its customers that these new versions will improve—or at least maintain—the performance of all iPhone models for which they are available. Customers therefore believe that when Apple makes a new version of iOS available for a specific iPhone model, as it did for iOS 15 on the iPhone 7 Devices, that operating system will work smoothly on their devices.

AMENDED CLASS ACTION COMPLAINT (Case No. 5:23-cv-03882)

11.     The disparity between the capabilities of the iPhone 7 Devices and the latest iPhone when iOS 15 was released was particularly acute. The iPhone 7 was the last iPhone that included Apple's A10 Fusion chip to support the device's processing power. The iPhone 8, released the following year, contained the A11 Bionic chip, which had many significant advances that allowed "apps and background tasks [to] be intelligently scheduled onto the appropriate cores so that power efficiency is maximized" and "includes a custom-designed graphics processor that delivers a 30% performance bump from the Imagination-based processor in the A10 Fusion." The processing power of iPhone chips then developed even more since Apple first introduced the A11 Bionic chip in 2017. When iOS 15 was released in 2021, Apple was up to the A15 Bionic chip in the iPhone 13. Moreover, the iPhone's other technological specifications also developed significantly between the iPhone 7 Devices and the iPhone 13.

12.     Apple, however, has never admitted this problem with how iOS 15 operates on the iPhone 7 Devices. This serves Apple's goals because it gives customers the impression that they can continue to use their older devices at least at the same level of performance while receiving the benefits of a new iOS version, including important security updates. If Apple told the truth, it would be admitting that it does not continue to fully support the iPhone with iOS updates for as long as it leads customers to believe it does. That would remove a key feature that Apple purports to provide.

13.     Indeed, Apple represents in the iPhone User Guide that the iPhone 7 Devices are "compatible" with iOS 15. Apple also promotes its general practice of allowing customers to continue using their old devices by downloading new iOS updates. For example, the Company has noted that "iOS pioneered this approach of helping you get more out of the device you already own through free updates." In addition, Apple misrepresented how iOS 15 would perform on the iPhone 7 Devices by describing its "*powerful new features that enhance how you use iPhone.*" Apple emphasized the importance of downloading iOS 15 because of its "security updates" or "fixes," often stating that the update was "*recommended for all users*." If Apple were instead to disclose the truth about how iOS 15 performed on the iPhone 7 Devices, it would force customers

to choose between (1) maintaining the performance of their iPhone 7 Devices by foregoing the security updates in iOS 15 that are important to Apple and (2) receiving those updates but degrading the performance of their devices.

14. This practice of older devices (such as the iPhone 7) not working well on newer iOS versions (such as iOS 15) also serves the added benefit to Apple that when customers become frustrated that their iPhones are not working well anymore on the latest iOS update, they will often spend substantial sums to purchase new iPhones. Apple releases new versions of iOS that it knows will harm the performance of its customers' devices and often cause them to purchase new iPhones, at great profit to Apple. Indeed, Apple *intends* these customers to upgrade their phones after they are significantly degraded by upgrades.

15. The honest and transparent way of doing business would be for Apple to warn its customers that iOS 15 would perform poorly on the iPhone 7 Devices. Customers could then make an informed decision about whether to download the operating system for its security updates or other purported benefits.

16. Apple knew how iOS 15 would perform on the iPhone 7 Devices because it is one of the largest and most sophisticated companies in the world. The Company made a conscious decision to make iOS 15 available for the iPhone 7 Devices, as demonstrated by the fact that this is the last iOS version available for these devices. When Apple released iOS 16 in September 2022, it chose ***not*** to make that update available for the iPhone 7 Devices. Instead, Apple has released new versions of iOS 15 alongside its releases of different versions of iOS 16. Apple should have taken that approach a year earlier—or at least warned its customers how iOS 15 would perform on the iPhone 7 Devices.

**II.   JURISDICTION AND VENUE**

17. This Court has subject-matter jurisdiction pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d)(2), because this is a class action in which the matter in controversy exceeds the sum of $5,000,000, and Apple is a citizen of a State different from that of at least one Class member.

18.    This Court also has subject-matter jurisdiction pursuant to 28 U.S.C. § 1331, because Plaintiffs allege that Apple violated the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, *et seq.*

19.    This Court also has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(a) because all claims alleged herein form part of the same case or controversy.

20.    Venue is proper in this District under 28 U.S.C. § 1391(a) through (d) because Apple's principal place of business is located in this District and substantial parts of the events or omissions giving rise to the claims occurred in the District. Venue is also proper in this Court because Apple is located here, the causes of action arose here, and the iPhone 7 Devices and iOS 15 at issue here have always been designed, manufactured, and tested by Apple in this District.

## III.    PARTIES

21.    Plaintiff Dr. Fern Margolis has been a resident of California at all relevant times. She is the owner of an iPhone 7 Device. She downloaded iOS 15 within a year of its release and remembers seeing the short summary of the update provided in connection with the download process. She received incessant pop-up notices from Apple recommending that she update to iOS 15 and assumed that updating the software was necessary due to the repeated reminder notices. She immediately suffered several significant performance problems with her device when she downloaded iOS 15, including slowdown of the operations of her device. For example, the Weather Channel app loads very slowly, taking at least seven or eight seconds to open. She experiences similar problems with Word Crossy (a cognitive strengthening game her doctor recommended that she play), which operates very slowly, often stops and starts, and regularly crashes. Dr. Margolis has also experienced other problems with her iPhone 7 Device since downloading iOS 15, including the dictation function in iMessages constantly making significant, inexplicable errors, such as changing "words" to "with," "it is" to "in," "dealer" to "wheeler," and "Tuesday" to "Who's there?" These types of errors often render the dictated message both inaccurate and incomprehensible. Dr. Margolis speaks very slowly and clearly, yet

has noted that this function on iMessage is getting progressively worse over time. Other problems that she has recently encountered on her iPhone 7 Device include: having to check both her iPhone 7 Device and her desktop computer for emails because her iPhone sporadically fails to sync new messages, often not being able to delete emails on her Device using the swiping and/or delete function, news articles she is reading abruptly disappear and the screen goes blank, the battery loses its charge very quickly (sometimes requiring it to be charged two or three times in a single day), the device getting very hot to the point where she stops using it when that occurs, and basic operations suddenly stop working. If she had been clearly informed that iOS 15 would seriously impair her phone in these ways, she would not have downloaded iOS 15. She would have paid at least $100 to remove iOS 15 from her phone to return it to the condition it was in prior to the installation of iOS 15.  She intends to buy a new iPhone in the future, within at most the next three years.  She will have to decide whether to download future iOS updates for that iPhone and so will need to rely on Apple's representations about new iOS updates in the future.

22.    Plaintiff Mayer Margolis has been a resident of California at all relevant times. He is the owner of an iPhone 7 Device. He downloaded iOS 15 within a year of its release, and viewed the short summary of the update provided in connection with the download process. He received incessant pop-up notices from Apple recommending that he update to iOS 15, and assumed that updating the software was necessary due to the repeated reminder notices. He suffered several significant performance problems with his device when he downloaded iOS 15, including significant slowdown of his device. Plaintiff Mayer Margolis is married to Plaintiff Dr. Fern Margolis and has experienced similar problems on his device to those that she has experienced on her device. For example, Word Connect 2023 (a cognitive strengthening game his doctor recommended that he play) has become glitchy, sometimes getting stuck between advertisements and requiring a reboot. The battery of his device loses its charge very quickly and requires a recharge every few hours. In addition, his device also gets extremely hot on a regular basis. On September 10, 2021, Plaintiff Mayer Margolis replaced the battery of his iPhone 7 Device at an Apple Store for a significant additional expense, shortly before iOS 15 was released.

AMENDED CLASS ACTION COMPLAINT (Case No. 5:23-cv-03882)

Even with this new Apple-installed battery, he still experienced all of these performance degradations after downloading iOS 15. If he had been clearly informed that iOS 15 would seriously impair his phone in these ways, he would not have downloaded iOS 15. He would have paid at least $100 to remove iOS 15 from his phone to return it to the condition it was in prior to the installation of iOS 15.  He intends to buy a new iPhone in the future, within at most the next three years.  He will have to decide whether to download future iOS updates for that iPhone and so will need to rely on Apple's representations about new iOS updates in the future.

23.    Plaintiff Juan Padilla has been a resident of New York at all relevant times. He is the owner of an iPhone 7 Device. He downloaded iOS 15 within the first year of its release, and he remembers viewing the short summary of the update provided in connection with the download process. He immediately suffered several significant performance problems with his device when he downloaded iOS 15. These issues include the device running slowly and lagging across basic operations, including with opening and closing apps. He often has to restart his device to try to address this issue. He also tries to close out of apps when he is done using them, but that does not redress the problem. In addition, the device sometimes crashes, with the screen going black. Plaintiff Padilla has also experienced the battery of his iPhone 7 Device draining more quickly since he downloaded iOS 15. If he had been clearly informed that iOS 15 would seriously impair his phone in these ways, he would not have downloaded iOS 15. Although he experienced significant issues with his phone, and wanted to buy a new phone because of those issues, he could not afford for a long time to buy a new phone.  Recently, he purchased an iPhone 11.  He will have to decide whether to download future iOS updates for that iPhone and so will need to rely on Apple's representations about new iOS updates in the future.

24.    Plaintiff Zev Lewinson has been a resident of New York at all relevant times. He is the owner of an iPhone 7 Device. He downloaded iOS 15 within approximately one month of its release when his iPhone 7 first prompted him to download the software update. He felt that he had no choice in downloading the update, as the system bothered and hounded him until he did, and in downloading it he assumed that Apple would not harm their own devices. He

AMENDED CLASS ACTION COMPLAINT (Case No. 5:23-cv-03882)

immediately suffered several significant performance problems with his device when he downloaded iOS 15. For example, it takes longer to do basic operations on his device than it did previously. In addition to performing more slowly and lagging, applications often crash or freeze when he is using them. The device also jams up frequently. The battery of his device also gets very hot when he uses it, requiring him to power down his device to allow it to cool off. The battery life on his device is also very poor, requiring him to constantly recharge it. If he had been clearly informed that iOS 15 would seriously impair his phone in these ways, he would not have downloaded iOS 15. He eventually bought an iPhone 14 due to the significant issues he experienced with his phone due to iOS 15.  He currently owns both devices.  He will have to decide whether to download future iOS updates for his iPhone 14 and so will need to rely on Apple's representations about new iOS updates in the future.

25.    Plaintiff Eduardo Aranibar has been a resident of New York at all relevant times. He is the owner of an iPhone 7 device. He downloaded iOS 15 around September 2021, and he remembers viewing the short summary of the update provided in connection with the download process, as well as the software license. He immediately suffered several significant performance problems with his device when he downloaded iOS 15. For example, his device operates slowly across all functions and is oftentimes not responsive. He also experiences delays and lagging when attempting to open and close all apps on his device, including Facebook. If he had been clearly informed that iOS 15 would seriously impair his phone in these ways, he would not have downloaded iOS 15. Within a year of downloading iOS 15, he bought a new iPhone 8 due to the significant issues he was experiencing due to iOS 15. He paid hundreds of dollars for his new phone, and would have paid at least $50-100 to remove iOS 15 from his phone to return it to the condition it was in prior to the installation of iOS 15.  He intends to purchase a new iPhone within the next year.  He will have to decide whether to download future iOS updates for that iPhone and so will need to rely on Apple's representations about new iOS updates in the future.

26.    Plaintiff Elizabeth Guidice has been a resident of New York at all relevant times. She is the owner of an iPhone 7 device. She immediately suffered several significant performance

AMENDED CLASS ACTION COMPLAINT (Case No. 5:23-cv-03882)

problems with her device when she downloaded iOS 15. The issues occur constantly and include the device running slowly and lagging across basic operations, including with opening and closing apps. For instance, when she plays games on her device they often abruptly shut down.

27. Plaintiff Earl McFarland has been a resident of Virginia at all relevant times. He is the owner of an iPhone 7 Device. He estimates that he downloaded iOS 15 in the fall of 2021. The performance of his device degraded significantly when he updated it to iOS 15. For example, web browsing has deteriorated on his device. If he had been clearly informed that iOS 15 would seriously impair his phone in these ways, he would not have downloaded iOS 15. He could not afford to buy a new phone, but would have paid at least $100 to remove iOS 15 from his phone to return it to the condition it was in prior to the installation of iOS 15.  He has not purchased a new iPhone, but he intends to purchase a new iPhone within the next year given his problems with his iPhone 7.  He will have to decide whether to download future iOS updates for that iPhone and so will need to rely on Apple's representations about new iOS updates in the future.

28. Plaintiff Glennis Parker has been a resident of Louisiana at all relevant times. She is the owner of an iPhone 7 Device. She downloaded iOS 15 within a year of its release, and remembers seeing the short summary of the update provided in connection with the download process, which she typically views. The performance of her device degraded significantly when she updated it to iOS 15. The issues include the device constantly running slowly and lagging across basic operations, including with opening, closing, and using apps. Additionally, the battery on her device is very poor and is unable to hold a charge. This requires Plaintiff Parker to constantly recharge the battery of her device. If she had been clearly informed that iOS 15 would seriously impair her phone in these ways, she would not have downloaded iOS 15. She would have paid at least $50-100 to remove iOS 15 from her phone to return it to the condition it was in prior to the installation of iOS 15. She eventually purchased a new iPhone 14 because of the significant issues with her iPhone 7 due to iOS 15, including that it was running so slowly.  She runs iOS 18 on her iPhone 14.  She intends to purchase a new iPhone within the next three years.

AMENDED CLASS ACTION COMPLAINT (Case No. 5:23-cv-03882)

She will have to decide whether to download future iOS updates for that iPhone and so will need to rely on Apple's representations about new iOS updates in the future.

29. Plaintiff Shaun Biddiscombe has been a resident of North Carolina at all relevant times. He is the owner of an iPhone 7 Device. He typically downloads phone updates within a few days or a week from when his iPhone prompts him to download them, and estimates that he downloaded iOS 15 on his iPhone 7 within a similar timeframe here (and, certainly within a year of its release). He viewed the short summary of the update provided in connection with the download process. He remembers that just about every summary disclaimer he has reviewed refers to "bug fixes," and he typically trusted that a parent company (Apple) would provide updates to improve their product rather than degrade it. The performance of his device has degraded significantly since he updated it to iOS 15. The device is slower and takes a lot longer to work in general. For example, he has trouble browsing in Safari, with the device being slow and non-responsive. He has also experienced this problem with other apps. Plaintiff Biddiscombe also has problems with text messages on his iPhone 7 Device, both in terms of not receiving texts and texts that he sends not going through. Further, Plaintiff Biddiscombe's iPhone 7 Device frequently closes out of the function he is using and abruptly brings him to a screen requiring him to re-enter his passcode manually to reenter the device. This forces Plaintiff Biddiscombe to restart what he was doing on his device before this abrupt and unprompted device malfunction. Plaintiff Biddiscombe also experiences issues with the battery of his iPhone 7 Device. Since his device's battery drains faster than usual, Plaintiff Biddiscombe must bring a portable charger with him whenever he knows he will not have access to an electrical outlet, to ensure his device does not lose power. If he had been clearly informed that iOS 15 would seriously impair his phone in these ways, he would not have downloaded iOS 15. He wanted to buy a new phone after he installed iOS 15. He would have paid a significant amount of money to remove iOS 15 from his phone to return it to the condition it was in prior to the installation of iOS 15, at least $50-100. Although he held out on replacing his phone for as long as he could to avoid spending money, eventually some of the apps on his phone no longer worked, and he was forced to

purchase a new iPhone in Spring of 2024 due to the issues he was experiencing because of iOS 15. He purchased and owns an iPhone 14 and runs iOS 18 on it. He will have to decide whether to download future iOS updates for that iPhone and so will need to rely on Apple's representations about new iOS updates in the future.

30. Plaintiff James Roohan has been a resident of California at all relevant times. He is the owner of an iPhone 7 Device. He downloaded iOS 15 on his iPhone 7 device within a year of the release of iOS 15, and remembers reading the short summary of the update provided in connection with the download process, which he typically reads. The performance of his device degraded significantly when he updated it to iOS 15. For example, he experienced glitches, slow uploading/downloading speeds, inability to complete downloads, and incompatibility with many apps. If he had been clearly informed that iOS 15 would seriously impair his phone in these ways, he would not have downloaded iOS 15, as he would have rather avoided all of the problems caused by the software update. He would have paid at least $100-200 to remove iOS 15 from his phone to return it to the condition it was in prior to the installation of iOS 15. Although he wanted to buy a new phone after he installed iOS 15 due to these significant issues, he did not purchase a new phone because of the substantial cost of iPhones.

31. Plaintiff Ferdinand Metz has been a resident of California at all relevant times. He is the owner of an iPhone 7 Device. He downloaded iOS 15 on his iPhone 7 within a year of the release of iOS 15. The performance of his device degraded significantly when he updated it to iOS 15. For example, it slowed down substantially, takes substantial time to load and process things, and is very finicky. If he had been clearly informed that iOS 15 would seriously impair his phone in these ways, he would not have downloaded iOS 15. He would have paid at least $100 to remove iOS 15 from his phone to return it to the condition it was in prior to the installation of iOS 15. Although he wanted to buy a new phone after he installed iOS 15 due to these significant issues, he could not afford to purchase a new phone for a long period of time. He still owns an iPhone 7 and is experiencing these issues currently. He has also now purchased an iPhone 16 and is running iOS 18 on that device. He will have to decide whether to download

future iOS updates for that iPhone and so will need to rely on Apple's representations about new iOS updates in the future.

32.    Plaintiff Evan Swinford has been a resident of California at all relevant times. He is the owner of an iPhone 7 Device. He downloaded iOS 15 on his iPhone 7 within a year of the release of iOS 15, and remembers reading the short summary of the update provided in connection with the download process, which he typically reads. He recalls that these summaries often state that they will fix software bugs. He also remembers viewing and reading portions of the Software License Agreement. The performance of his device has degraded significantly since he updated it to iOS 15. For example, his phone has run significantly slower, and his battery power duration has been significantly deteriorated since installing iOS 15. If he had been clearly informed that iOS 15 would seriously impair his phone in these ways, he would have reconsidered using iOS 15, and would not have downloaded it. He would have paid at least $100 to remove iOS 15 from his phone to return it to the condition it was in prior to the installation of iOS 15. Although he wanted to buy a new phone after he installed iOS 15 due to the slowness and battery life issues he experienced, he did not purchase a new phone because he could not afford it. He continues to experience these issues with his iPhone 7.

Plaintiffs Dr. Fern Margolis, Mayer Margolis, Padilla, Lewinson, Aranibar, Guidice, McFarland, Parker, Biddiscombe, Roohan, Metz, and Swinford are referred to collectively as "Plaintiffs."[1] They are all owners of iPhone 7 Devices who suffered significant performance degradations after they downloaded iOS 15 onto their devices. Plaintiffs continued using their iPhone 7 Devices for some period after downloading iOS 15, despite the problems described above, because they did not want to spend the significant amount of money it would cost to purchase a new iPhone.

---

[1] In addition, Plaintiffs Dr. Fern Margolis, Mayer Margolis, Roohan, Metz, and Swinford are referred to as the "California Plaintiffs," Plaintiffs Padilla, Lewinson, Aranibar, and Guidice are referred to as the "New York Plaintiffs," Plaintiff McFarland is referred to as the "Virginia Plaintiff," and Plaintiff Biddiscombe is referred to as the "North Carolina Plaintiff."

33.    Defendant Apple Inc. is a corporation that was created under the laws of the State of California and has its principal place of business in Cupertino, California. Apple develops, sells to consumers, markets, and directs into the stream of commerce the iPhone 7 Devices and its iOS 15 operating system.

## IV.    SUBSTANTIVE ALLEGATIONS

34.    Apple is one of the world's largest developers and sellers of mobile phones and other consumer electronic devices. The iPhone is Apple's top-selling device and accounts for hundreds of billions of dollars in revenue annually for the Company. In 2022, Apple generated over $205 billion in revenue from iPhone sales.

35.    Since Apple first released the iPhone in 2007, it has generally released a new iPhone model every year. All iPhones, including the iPhone 7 Devices, run on Apple's iOS software, which is Apple's proprietary mobile operating system that serves as the operating system for the iPhone. Apple generally releases a new major iOS version each year alongside its release of a new iPhone model. Each annual version of iOS is designated by a number, with periodic subsequent updates to that version following its initial release.

36.    Apple provides iOS updates for free so that customers can continue to use their iPhones long past their purchase. Apple advertises that iPhones will be able to run on new iOS versions, which will add security enhancements and improve their devices. For example, at Apple's Worldwide Developer Conference in 2018, when Apple introduced iOS 12, Craig Federighi, Apple's SVP, Software Engineering, highlighted that "it's easy to forget now, but iOS pioneered this approach of helping you get more out of the device you already own through free updates."[2] Apple similarly represented in the iPhone User Guide that the iPhone 7 Devices are "compatible" with iOS  15.[3] At Apple's Worldwide Developer Conference that it held online from June 7, 2021 to June 11, 2021 (the "2021 Worldwide Developer Conference"), where the

---

[2] https://www.youtube.com/watch?v=UThGcWBIMpU.

[3] https://support.apple.com/guide/iphone/supported-models-iphe3fa5df43/15.0/ios/15.0.

Company introduced iOS 15, Federighi stated that "[o]ur new release is iOS 15. It's packed with features to make the iOS experience adapt to, and complement, the way you use iPhone." He then concluded his presentation by stating, "*So that's iOS 15, with powerful new features that enhance how you use iPhone.*"[4]

37.    Apple also emphasized the importance of downloading iOS 15 because of its "features and improvements" and its "security content," "updates," or "fixes," often stating that the update was "*recommended for all users*." (*See infra* ¶¶ 50-63).

38.    At a certain point in time, Apple stops making new iOS versions available for prior iPhone models. For example, iOS 15 is the last iOS version that works on the iPhone 7 Devices. But these types of statements show that as long as an iOS version is available for a certain iPhone model, Apple represents to its customers that the new iOS version will improve— or at the very least maintain—the device's current level of performance while providing important security updates.

39.    Because iOS updates are free, Apple's revenue and profits are dependent on customers purchasing new iPhones. To do this while giving customers the impression that they can continue to use their current devices if they want, Apple makes each new iPhone model more advanced than the previous one, with improvements such as greater computing or processing power, and the ability to operate new features. Apple also makes each iOS version more complex than the last.

**A.    The iPhone 7 Devices**

40.    Apple's iPhone 7 Devices are the tenth generation of the iPhone. Apple began selling the iPhone 7 Devices in September 2016.

41.    The price of a new iPhone 7 ranged from $649 to $849 and the price of a new iPhone 7 Plus ranged from $769 to $969.

42.    When Apple released the iPhone 7 Devices, its Press Release announcing the

---

[4] https://developer.apple.com/videos/play/wwdc2021/101/.

devices, dated September 7, 2016, described them as "the best, most advanced iPhone ever, packed with unique innovations that improve all the ways iPhone is used every day." The Press Release quoted Philip Schiller, Apple's senior vice president of Worldwide Marketing, as stating that "iPhone 7 and iPhone 7 Plus dramatically improve every aspect of the iPhone experience, reaching a new level of innovation and precision to make this the best iPhone we have ever made." This included "the A10 Fusion chip," which he described as "the most powerful chip on any smartphone while delivering the best battery life ever in an iPhone."[5] This press release did not differentiate between the iPhone 7 and iPhone 7 Plus other than to note that the iPhone 7 Plus had added camera features.

43.     This Press Release highlighted that the iPhone 7 Devices had "**More Performance & Battery Life**," including:

> The new custom-designed Apple A10 Fusion chip features a new architecture that powers these innovations, making it the most powerful chip ever in a smartphone, while also getting more time between charges with the longest battery life ever in an iPhone. The A10 Fusion's CPU now has four cores, seamlessly integrating two high-performance cores that run up to two times faster than iPhone 6, and two high-efficiency cores that are capable of running at just one-fifth the power of the high-performance cores. Graphics performance is also more powerful, running up to three times faster than iPhone 6 at as little as half the power, enabling a new level of gaming and professional apps.

44.     Apple thus told customers that the iPhone 7 Devices were "the best, most advanced iPhone ever" for the reasons stated above. The Company did not disclose that subsequent iOS updates that Apple would make available for the iPhone 7 Devices would substantially degrade the performance of the devices.

**B.     Apple's False and Misleading Descriptions of iOS 15**

45.     The iPhone 7 Devices use Apple's iOS software. Apple regularly updates iOS. Apple generally releases a new numbered version of iOS every fall (often in September). It then

---

[5] https://www.apple.com/newsroom/2016/09/apple-introduces-iphone-7-iphone-7-plus/.

releases second-level (*e.g.*, iOS 15.1) and third-level (*e.g.*, iOS 15.1.1.) interim updates for that iOS version.

46.    iOS 10, which Apple released in September 2016, is the first iOS version that operated on the iPhone 7 Devices.

47.    iOS 11 (released in September 2017), iOS 12 (released in September 2018), iOS 13 (released in September 2019), and iOS 14 (released in September 2020), all operated on the iPhone 7 Devices.

48.    iOS 15, which Apple released on September 20, 2021, is the last iOS version that operates on the iPhone 7 Devices. The latest sub-version of iOS 15 is iOS 15.8.3.

49.    iOS 15 has the following sub-versions, from the initial release of iOS 15.0 through iOS 15.8.3:[6]

| iOS 15 | iOS 15.0.1 | iOS 15.0.2 | iOS 15.1 | iOS 15.1.1 |
|---|---|---|---|---|
| iOS 15.2 | iOS 15.2.1 | iOS 15.3 | iOS 15.3.1 | iOS 15.4 |
| iOS 15.4.1 | iOS 15.5 | iOS 15.6 | iOS 15.6.1 | iOS 15.7 |
| iOS 15.7.1 | iOS 15.7.2 | iOS 15.7.3 | iOS 15.7.4 | iOS 15.7.5 |
| iOS 15.7.6 | iOS 15.7.7 | iOS 15.7.8 | iOS 15.7.9 | iOS 15.8 |
| iOS 15.8.1 | iOS 15.8.2 | iOS 15.8.3 | | |

50.    Apple strongly encourages iPhone owners to update their devices with the latest iOS update. The Company does this through the language it uses to describe the update and through its constant notifications that it sends to consumers' iPhones that the update is available to download.

---

[6] https://support.apple.com/en-us/HT212788 (last accessed on August 27, 2024). The Term "iOS 15," as used in this Complaint, refers to any or all sub-versions of iOS 15.

AMENDED CLASS ACTION COMPLAINT (Case No. 5:23-cv-03882)

51.    Apple provides summaries of the changes that will occur with each update of iOS.



52.    Apple provided such a summary for iOS 15, examples of which are shown above. In this summary, Apple touted certain improvements from iOS 15, including, for example, "audio and video enhancements to FaceTime." This summary is shown to all users that affirmatively elect to install iOS, and is also available to be viewed by users that have selected automatic updates to their iPhone. Users read this summary prior to installing iOS 15—for example, named plaintiffs in this case read the iOS 15 update summary and all putative class members had it available to them to read as part of the update. Named plaintiffs who read the iOS 15 update summary reasonably assumed that Apple's summary included all material effects of the installation, and did not omit from the summary material effects such as serious damage to the iPhone from the installation.

53.    Crucially, Apple does not include, and did not include in its summary for the iOS 15 update, any indication that the update will degrade the performance of, or otherwise damage,

17
AMENDED CLASS ACTION COMPLAINT (Case No. 5:23-cv-03882)

the device. All named plaintiffs in this action, like iPhone users and iPhone 7 users in particular, would not have installed iOS 15 on their iPhone 7 devices had they known that that installation would result in the performance degradation and other damage described in this complaint. As named plaintiffs read Apple's summary of the effects of iOS 15 update prior to installing iOS 15, named plaintiffs would not have installed iOS 15 on their iPhone 7 devices had Apple warned these users that a central effect of installing the iOS 15 update would be to seriously degrade the performance of their iPhones. Indeed, iPhone 7 users at large would similarly not have installed iOS 15 on their iPhone 7 devices had they received such a warning.

54.    Apple puts a substantial amount of effort and resources into marketing the release of each major iOS version and urging its customers to download the software update. This includes Apple's annual Worldwide Developer Conference, where it unveils its new iOS version several months before the version is released.

55.    Apple did this for iOS 15 at the 2021 Worldwide Developer Conference. Tim Cook, Apple's CEO, opened the conference. Craig Federighi, Apple's SVP, Software Engineering, then introduced iOS 15. He stated that "for many of us, our iPhone has become indispensable. And at the heart of iPhone, is iOS. iOS powers experiences we've come to rely on. This year, we were inspired to create even more meaningful ways iPhone could help you. Our new release is iOS 15. It's packed with features to make the iOS experience adapt to, and complement, the way you use iPhone." Federighi then concluded his presentation of iOS 15 by stating, "So that's iOS 15, with powerful new features that enhance how you use iPhone."[7]

56.    The Company also promoted iOS 15 as "compatible" with the iPhone 7 Devices, so that its customers could continue to use those prior devices while receiving the purported performance and security benefits of this new software update. (*See supra* ¶¶ 36-38).

57.    In addition, Apple promoted iOS 15 by describing in detail how it would improve the iPhone experience. In Apple's description of each version of iOS 15 that the Company

---

[7] https://developer.apple.com/videos/play/wwdc2021/101/.

includes on its website and that it sends to customers' devices in connection with the notification providing the update, Apple describes many ways in which iOS 15 purportedly improves the iPhone devices for which it is available, including the iPhone 7 Devices.

58.    For the initial version of iOS 15, Apple listed many items, across a wide variety of functions— including FaceTime, Messages and Memoji, Focus, Notifications, Maps, Safari, Wallet, Live Text, Spotlight, Photos, Health, Weather, Siri, Privacy, iCloud+, and Accessibility—that it described as "**features and improvements**." (Emphasis added.) Apple then noted that "[t]his release includes even more features and improvements" and directs customers to visit a website for further information. In addition, the 87 specific "features and improvements" that Apple listed uniformly portrayed iOS 15 as improving the performance of iPhones that are compatible with the operating system, including the iPhone 7 Devices.

59.    Apple also listed ways in which each subsequent version of iOS 15 would purportedly improve the iPhone.  For many subsequent iOS 15 releases, including those in which Apple did not have specific features to highlight (including iOS 15.3, iOS 15.4.1, iOS 15.6.1, iOS 15.7, iOS 15.7.1, iOS 15.7.2, iOS 15.7.3, iOS 15.7.4, iOS 15.7.5, iOS 15.7.6, iOS 15.7.7, iOS 15.7.8, iOS 15.7.9, iOS 15.8, iOS 15.7.8.1, iOS 15.7.8.2, iOS 15.7.8.3), it stated that the update had "security updates" or "fixes" and was "*recommended for all users*." (Emphasis added).

60.    In addition to promoting the performance benefits and new features of iOS updates, Apple's description of iOS 15 (which Apple included on its website and sent in connection with the notification to users to update their devices) highlighted the need to update to iOS 15 for security purposes. For example, Apple stated that many versions of iOS 15 contained "important security updates" or "fixes," and provided a link to "information on the security content" of nearly all versions of iOS 15. At that link, on a page titled "Apple security updates," Apple tells customers: "**Get the latest software updates from Apple[.]** Keeping your software up to date is one of the most important things you can do to maintain your Apple product's security." Apple also notes on this page "that after a software update is installed for

iOS, iPadOS, tvOS, and watchOS, *it cannot be downgraded to the previous version*.” (Emphasis added).[8]

61. Moreover, Apple's descriptions of each version of iOS 15 built on its representations about the previous versions, communicating to its customers that each version improved the performance of prior versions. All of these statements by Apple promoting iOS 15 highlighted its purported positive features and encouraged iPhone users, including owners of the iPhone 7 Devices, to download iOS 15. None of these statements that Apple made promoting iOS 15 stated in any way that the update would make iPhone 7 Devices perform worse than they did on any prior version of iOS.

62. Apple also encouraged owners of iPhone 7 Devices to update to iOS 15 by sending notifications directly to their devices informing them of the update, including or making available the information noted in Paragraphs 57-60 above, and providing a link through which they could download the update. If customers chose not to update immediately, Apple would make reminders repeatedly appear on customers' devices prompting them to download iOS 15 and would have an icon in the Settings section of their devices showing that an update was available, until they updated their devices.

63. Apple's fervent promotion and encouragement of customers to download iOS 15, and its warnings that the new version of iOS provided important security updates, did not provide customers with any meaningful choice. Customers could either download iOS 15, which Apple claimed would improve their devices and make them more secure, or believe that they were risking security breaches and be subject to Apple's incessant reminders if they refrained from downloading the update.

**C.   iOS 15 Degraded the Performance of the iPhone 7 Devices**

64. iOS 15 substantially degraded the performance of the iPhone 7 Devices in comparison to all prior iOS versions that were available for the devices.

---

[8] https://support.apple.com/en-us/HT201222.

65.     Each of the Plaintiffs experienced their iPhone 7 Devices performing more slowly lagging, and glitching, or not working at all, when performing basic functions on their devices.

66.     These experiences are all manifestations of a more fundamental underlying problem with the operation of iOS 15 on the iPhone 7 Devices.

67.     Furthermore, Plaintiffs have overseen testing that compared the performance of a representative version of iOS 14 (iOS 14.7) to a representative version of iOS 15 (iOS 15.7.1) on the iPhone 7 across several commonly used apps that Apple includes on iOS. This testing was conducted on these versions because these were the versions of iOS 14 and iOS 15 available at the time of the testing.

68.     This testing showed substantial slowdowns in the performance of basic operations on iOS 15 as compared to iOS 14.

69.     For example, the Safari app showed slowdowns ranging from 114% to 29% in the time it to launch the app, open a tab, delete a tab, select a tab, and share a webpage.  Each of these operations took more than 200 milliseconds longer, on average, on iOS 15 than iOS  14.

70.     Similarly, the Camera app showed a slowdown of 47%, also over 200 milliseconds slower, to operate the Camera roll.

71.     This testing did not show any speedups that were comparable to these slowdowns. No speedup was over 5% (or 42 milliseconds).

72.     These results are consistent with how users have described the experience of operating iOS 15 on the iPhone 7 Devices. Users of the iPhone 7 Devices have experienced significant problems with operating their devices on iOS 15 in the many ways in which consumers use their devices in the real world, as described by Plaintiffs above. This testing shows that that the slowdown that Plaintiffs have experienced also occurs in the more controlled testing environment.

73.     For example, each test was run five times, compared the same starting and stopping point for each operation in both iOS 14 and iOS 15, and was conducted on Wifi and with the devices plugged in, to control for external variables. In addition, The tests were run with

AMENDED CLASS ACTION COMPLAINT (Case No. 5:23-cv-03882)

a warm launch, which means launching an app after it has already been launched previously. Apps should launch more quickly with a warm launch than a cold launch. This is therefore a conservative testing condition that should reduce the size of any slowdown as compared to a cold launch.

74.    The problems with iOS 15 have also been documented elsewhere. iOS 15 was first released on September 20, 2021 and was plagued by problems since that time. A *Forbes* article dated September 29, 2021, stated that after a seemingly stable initial launch, "as millions of iPhone owners begin to upgrade, serious problems are now being found in almost all parts of the release."[9] Problems that were initially reported by *AppleInsider* for the iPhone 13 (the newest iPhone at the time), "including camera bugs, failure to wake, unresponsive screens, problems with core apps and borked accessories," were "just the tip of the iceberg as now iPhone[s] of all ages are being dragged into this dumpster fire." The specific "serious problems" listed include:

- Apple Pay unavailable

- iPhone 13 camera problems and cameras on older models as well

- CarPlay is significantly impacted for many

- Touchscreen issues have been introduced

- iMessage is broken or glitching

- Apple Music has playback and storage problems

- Notes data is being lost

- There are a growing number of reports about overheating

- Apple Podcasts queues are broken

- Storage management has a widespread reporting error

---

[9]    https://www.forbes.com/sites/gordonkelly/2021/09/29/apple-iphone-warning-ios-15-update-problems-bugs-upgrade-13-pro-max-/?sh=1c528d4c6116.

- General issues with iOS 15 stability

- Confusing false upgrade alerts

- Widget bugs

75.    Some users experienced all of these problems at once. The article explained that "[t]he breadth of flaws and bugs here has not been seen since iOS 13's famously rocky launch and is surprising given initial reports were of a relatively stable release. . . . If you haven't upgraded to iOS 15 yet, I would hold fire."

76.    These problems persisted, at least on the iPhone 7 Devices, as Apple released subsequent versions of iOS 15.

77.    For example, a *GottaBeMobile* article published on March 31, 2023—when iOS 15.7.4 was the most current version—titled "How to Fix iOS 15 Performance Problems," explains that "[a]s we push away from the latest iOS 15 firmware release we're hearing about a variety of performance issues plaguing iPhone users."[10] The article notes that "[t]he current list of iOS 15 performance issues includes UI [user interface] lag, freezes, lock ups, and random reboots." It emphasized that "*[t]hese are extremely common, particularly on aging iPhone models*." (Emphasis added).

78.    Installation of iOS 15 on iPhone 7 devices easily caused more than $5000 in damages to the putative class within the first year of the release of iOS 15.  While plaintiffs intend to introduce expert evidence to prove damages, and expect that expert evidence to include conjoint analysis and/or other damages analyses using methods accepted by experts in relevant fields, multiple bases for approximating damages all demonstrate that classwide damages in this case are massive, and well above $5000.  First, damages may be assessed by asking what value Plaintiffs place on the features they lost with the installation of iOS 15, which may be

---

[10]  https://www.gottabemobile.com/how-to-fix-ios-15-performance-problems/.  *GottaBeMobile* covers the mobile technology sector. This article also explained that users are not able to fix all performance problems on their own and these issues "may require a fix from Apple."

approximated by asking what Plaintiffs would have paid to remove iOS 15 from their phone. Plaintiffs in this case have stated that they would have paid at least $50-$200 to *uninstall* iOS 15 to reverse the damage that was caused to their phone. Plaintiffs experiences are typical of other class members, who would pay similar amounts to uninstall iOS 15. Accordingly, the installation of iOS 15 caused at least $50-$200 of damage to each iPhone 7 device on which it was installed. Most iPhone users hold onto their device for years, often for five or more years:  in 2021, the year iOS 15 was released, over 34% of iPhone users had had their iPhone device for more than three years, according to Consumer Intelligence Research Partners, a market researcher. According to Apple, iOS 15 was downloaded and installed by roughly 90% of all iPhone users within the first 250 days of its launch. Apple sold over 159.9 million iPhone 7 devices from launch up to the end of the first year following the release of iOS 15. The number of iPhone 7 users who downloaded iOS 15 within the first year of its release certainly exceeds one million and likely numbers in the tens of millions, and each of these users suffered at minimum between $50-$200 in damages. Accordingly, within the first year of its release of iOS 15, Apple caused the putative class at least $50,000,000 in damages, and more likely caused billions of dollars in total damages within the first year under this method of approximating damages.

79.    However, estimating damages by approximating the value Plaintiffs place on the features they lost with the installation of iOS 15 likely underestimates damages in this case, among other reasons, because Plaintiffs cannot remove iOS 15 and so must purchase new phones to overcome the damage to their devices. A second method of estimating damages might look to the cost to replace consumers' damaged iPhones. The current base iPhone, iPhone 15, costs at least $799 before tax and shipping, and the base iPhones available in 2021 and 2022 were similarly priced. Accordingly, damages using replacement cost for a class that certainly exceeds one million and likely numbers in the tens of millions would range from at least $799,000,000 (excluding tax- and shipping-related damages) to billions of dollars.

AMENDED CLASS ACTION COMPLAINT (Case No. 5:23-cv-03882)

80.    Damages may also be calculated using other methods and/or under other theories of damages that may result in significantly higher total damages, including additional methods and theories to be introduced through expert discovery.

**D.    The Reason Why iOS 15's Performance is Degraded on the iPhone 7 Devices**

81.    The iPhone 7 Devices were first released on September 16, 2016. Between the release of the iPhone 7 Devices and iOS 15 five years later, Apple released multiple new iPhone models (including the iPhone 8 series, iPhone X, iPhone XR, iPhone XS series, iPhone 11 series, iPhone SE (2nd), iPhone 12 series, and iPhone 13 series). Apple typically includes more powerful processors and other advances in its newer-model iPhones. It then makes its new iOS versions, which Apple generally releases each September, more sophisticated and complex.

82.    Indeed, "[e]very year, Apple's newest iPhone models are claimed to be the fastest it has ever made. With the constant development of Apple's A-series system-on-chip (SoC) to pack more onto the component, this is quite a reliable claim that Apple can lean on."[11]

---

[11] https://appleinsider.com/articles/22/09/26/how-iphone-speeds-have-grown-in-the-last-5-years.

83.   The following chart shows this development from the iPhone 8 through 14:

## Specifications

| Specifications | Name | Memory (GB) | Performance Cores | Efficiency Cores | Transistors (Billion) | GPU Cores | Neural Engine Cores |
|---|---|---|---|---|---|---|---|
| iPhone 14 Pro | A16 Bionic | 6 | 2 | 4 | 16 | 5 | 16 |
| iPhone 14 | A15 Bionic | 6 | 2 | 4 | 15 | 5 | 16 |
| iPhone 13 Pro | A15 Bionic | 6 | 2 | 4 | 15 | 5 | 16 |
| iPhone 13 | A15 Bionic | 4 | 2 | 4 | 15 | 4 | 16 |
| iPhone 12 Pro | A14 Bionic | 6 | 2 | 4 | 11.8 | 4 | 16 |
| iPhone 12 | A14 Bionic | 4 | 2 | 4 | 11.8 | 4 | 16 |
| iPhone 11 Pro | A13 Bionic | 4 | 2 | 4 | 8.5 | 4 | 8 |
| iPhone 11 | A13 Bionic | 4 | 2 | 4 | 8.5 | 4 | 8 |
| iPhone XS | A12 Bionic | 3 | 2 | 4 | 6.9 | 4 | 8 |
| iPhone XR | A12 Bionic | 3 | 2 | 4 | 6.9 | 4 | 8 |
| iPhone X | A11 Bionic | 3 | 2 | 4 | 4.3 | 3 | 2 |
| iPhone 8 | A11 Bionic | 2 | 2 | 4 | 4.3 | 3 | 2 |

84.   The iPhone 7 Devices were even farther behind because they have only the A10 Fusion chip. In addition to Apple's ordinary annual improvement in its iPhone processing chips, the jump from the A10 Fusion chip in the iPhone 7 Devices to the A11 Bionic chip in the iPhone

8 was even more significant. Whereas the A10 Fusion chip has four processor cores, the A11 Bionic chip has six processor cores. This allows "apps and background tasks [to] be intelligently scheduled onto the appropriate cores so that power efficiency is maximized" on the A11 Bionic chip.[12]

85.    The A11 Bionic chip that was introduced in the iPhone 8 also had other improvements. For example, "the A11 Bionic includes a custom-designed graphics processor that delivers a 30% performance bump from the Imagination-based processor in the A10 Fusion." And the A11 Bionic chip had the Apple Neural Engine "integrated directly onto" the chip, providing for the processing of 600 billion operations per second for tasks that were previously "handled by the CPU."[13]

86.    Furthermore, the processing power of iPhone chips has developed even further since Apple first introduced the A11 Bionic chip in 2017. When iOS 15 was released in 2021, Apple was up to the A15 Bionic chip in the iPhone 13 series. The iPhone 13 also has significantly more memory than the iPhone 7 Devices.

87.    These developments make the iPhone 13, which was the newest iPhone model when iOS 15 was released, substantially faster and more powerful than the iPhone 7 Devices.[14] iOS 15 was released to the public concurrently with the iPhone 13, in September 2021. The much-less-advanced iPhone 7 Devices are simply not able to run iOS 15 as well and suffer performance degradations in basic operations as compared to prior iOS versions that were not as advanced. But while Apple promotes its newer devices as better and faster than its older ones, it does not tell consumers that iOS updates (such as iOS 15) will cause older devices (such as the

---

[12] The Motley Fool, "3 Things You Need to Know About Apple's A11 Bionic Chip" (Sept. 13, 2017).

[13] *Id.*

[14] *See* https://appleinsider.com/articles/22/09/26/how-iphone-speeds-have-grown-in-the-last-5-years.

27
AMENDED CLASS ACTION COMPLAINT (Case No. 5:23-cv-03882)

iPhone 7 Devices) to suffer performance degradations *in comparison to how those same devices performed on prior iOS versions*.

88. The constant advances in the capabilities and complexity of Apple's new iPhone models and iOS versions that it releases each fall are a core part of its business model. Apple heavily promotes these advances in well-publicized media events and advertisements. The Company's annual Worldwide Developer Conference, at which it unveils its new iPhone and iOS version, has become a spectacle that is covered by major media outlets. For example, the *Wall Street Journal* covered the 2021 Worldwide Developer Conference, where Apple unveiled iOS 15.[15]

89. These developments induce customers to continue to purchase newer devices. Apple's ability to earn the magnitude of revenue and profits that it does is therefore tightly tied to its continual release of more sophisticated and complex products. The problem, however, is that Apple has not acknowledged—and is not willing to admit—that this approach, by its nature, does a disservice to its customers that want to continue to use their older devices. Apple tries to have it both ways by representing that these customers can continue updating their devices to the latest operating system without suffering the performance degradation that goes with those updates. (*See supra* ¶¶ 36-38, 50-63).

90. As the popular YouTube series *Apple Explained* has described, "[i]f you've updated your iPhone to a new version of iOS and felt like it became slower, you're not alone."[16] This video explains that the "[t]he problem has to do with how rechargeable batteries age, and the power demands that a new operating system places on those devices." Because of these issues, owners of older iPhone models may have "beg[u]n noticing glitching and lagging after

---

[15] "Apple's Tim Cook Kicks Off WWDC by Doubling Down on Privacy," *Wall Street Journal* (June 7, 2021), https://www.wsj.com/articles/apples-annual-developer-conference-caps-a-tense-year-11623058201.

[16] Why iPhones Slow Down After A Software Update - YouTube (https://www.youtube.com/watch?v=VuPcs9_Tcdk).

the update to iOS 15." As this video states, the source of the problem is not software "bugs": "the reason your older iPhone is struggling isn't due to faulty lines of code, but rather, a more power-hungry operating system that demands more performance from the devices they run on. And if your device is a few years old, this can cause some problems."

91.     This *Apple Explained* video explains that the problems are caused in part by the lower capabilities of lithium ion batteries as they age, particularly as they fall below 80% capacity, which makes them unable to provide enough power to the processor, "causing lag, glitches, and even app crashes." But the video emphasizes that "*this issue is magnified when updating that older iPhone to a newer, more powerful operating system*. Since Apple adds new features that are designed for the latest iPhone's processing power, if you don't have the latest iPhone, and your existing battery has already degraded close to 80%, that new operating system is going to put it under even more stress, making your device slow down even more." (Emphasis added).

92.     The poorer performance of iOS 15 on the iPhone 7 Devices is thus a result of both (1) the lower technological capabilities of the older devices and (2) poorer battery health. Merely replacing the battery does not solve the first problem. Even if the battery is replaced, there still remains the inherent problem that the iPhone 7 Devices have interacting with the newer iOS version. Apple did not explain to its customers the problems that the iPhone 7 Devices have operating iOS 15.

93.     Furthermore, iOS 15 makes battery performance even worse on the iPhone 7 Devices because, as Plaintiffs describe, their batteries drained more quickly after they downloaded iOS 15. This makes sense given the greater power demands that iOS 15 places on their devices.

94.     In addition, Apple did not tell customers when they purchased their iPhone 7 Devices that its battery degradation would be exacerbated by subsequent iOS versions such as iOS 15, yet Apple charges approximately $69 to replace the battery of iPhone 7 Devices. Apple should compensate all owners and users of iPhone 7 Devices for the amounts spent on replacing

the batteries of their devices after downloading iOS 15 and provide battery replacements free of charge.

95.    In fact, Apple recently reached a large settlement in a class action arising out of the Company's admission that it purposely slowed down older versions of iOS to prevent excessive power demands on older batters.[17] That case, however, dealt with prior iOS versions that were run before December 21, 2017, long before Apple released iOS 15 in September 2021. Additionally, Apple has never admitted that performance degradation is exacerbated by the inability of older model iPhones to operate newer, more complex and demanding iOS versions. This problem was particularly acute given the vast gulf between iOS 15 and the capabilities of the iPhone 7 Devices, as described above.

96.    Apple is well aware of these issues, as would be expected from one of the largest and most sophisticated technology companies in the world. That is why when the Company released iOS  16 in September 2022, it took the novel approach of providing new versions of iOS 15 for the iPhone 7 Devices instead of making iOS 16 available for these devices. Apple released iOS 15.7 in September 2022, alongside iOS 16 for newer devices. It then continued to release new versions of iOS 15 for the iPhone 7 Devices. It has been reported that "[t]he release of iOS 15.7 serves two purposes: to keep older iPhones that can't run iOS 16 [such as the iPhone 7 Devices] updated with security patches (this includes the iPhone 6S and iPhone 7 series along with the original iPhone SE, among others) and to give people who don't want to upgrade to iOS 16 a way to get security updates."[18] These steps do not fix the performance degradation that already took place from updating iPhone 7 Devices to iOS 15; they just prevent even further degradation in iOS 16.

---

[17] Jonathan Stempel, "Apple to pay up to $500 million to settle U.S. lawsuit over slow iPhones," *Reuters* (Mar. 2, 2020), https://www.reuters.com/article/us-apple-iphones-settlement/apple-to-pay-up-to-500-million-to-settle-u-s-lawsuit-over-slow-iphones-idUSKBN20P2E7.

[18] "Apple releases iOS 15.7 for old devices and people who don't want iOS 16 yet," *Ars Technica*, (September 12, 2022), https://arstechnica.com/gadgets/2022/09/apple-sends-out-ios-15-7-macos-12-6-with-security-updates-as-it-releases-ios-16/.

97.    Apple should have released security-only updates of iOS 14 or earlier for the iPhone 7 Devices, rather than making iOS 15 available for these devices.

98.    Moreover, the fact that Apple has made new versions of iOS 15 available alongside iOS 16 for iPhone models that are newer than the iPhone 7 shows that Apple has tacitly acknowledged that newer iOS versions will not perform well on older devices. But Apple still has not admitted that this is the reason for these actions, and they do not apply to the iPhone 7 Devices.

99.    Apple's misrepresentation and concealment of the true effects of iOS 15 on the iPhone 7 Devices provide it enormous additional profit. When older devices suffer performance degradation, customers turn to purchasing newer devices.

100.    Indeed, Apple purposely slows down older devices in order to sell more iPhones. Apple admitted as much in 2017 in response to severe backlash after several of their updates intentionally and drastically throttled, or slowed down, the performance of iPhones with older batteries.  Consumers learned through independent investigations in December 2017 that iOS updates were slowing down the performance of older model iPhones.  On December 9, 2017, a Reddit user under the handle "TeckFire" posted online benchmarks comparing the processing speed of his iPhone 6 operating on its old battery versus a replacement battery.  TeckFire found that with a new battery, the iPhone 6's processing speed had increased by 50%.  On December 18, 2017, induced by the conversations ensuing from TeckFire's post, Primate Lab's software engineer John Poole published a report determining that, based on an analysis of 100,000 iPhones, the iOS updates were the cause of dramatically slowed performance in certain iPhones. Thus, through independent investigations, the public learned what the Company and its fiduciaries had intentionally concealed:  Apple was deliberately slowing the performance of certain iPhones without their knowledge or consent.  In response to consumer outrage at this revelation and in an effort to explain these updates through a public relations maneuver, on

December 20, 2017, Apple softly admitted that the Company had indeed been intentionally slowing the performance of iPhones through iOS updates:

> Our goal is to deliver the best experience for customers, which includes overall performance and prolonging the life of their devices. Lithium-ion batteries become less capable of supplying peak current demands when in cold conditions, have a low battery charge or as they age over time, which can result in the device unexpectedly shutting down to protect its electronic components.

> Last year we released a feature for iPhone 6, iPhone 6s and iPhone SE to *smooth out* the instantaneous peaks only when needed to prevent the device from unexpectedly shutting down during these conditions. We've now extended that feature to iPhone 7 with iOS 11.2, and plan to add support for other products in the future.

101.    Some news agencies correctly understood this statement to be an admission that Apple intentionally slows down its devices. For example, the BBC wrote on December 21, 2017 that "Apple has confirmed the suspicions of many iPhone owners by revealing it does *deliberately* slow down some models of the iPhone as they age." (Emphasis added.)

102.    This admission led to a multitude of investigations, lawsuits, and settlements based on complaints of intentional conduct, all of which lend credibility to the claim that Apple was and continues to act intentionally in slowing its phones. Shortly after Apple's December 20, 2017 admission, US government agencies launched independent investigations into Apple's fraudulent conduct. On January 30, 2018, Bloomberg reported that the DOJ and SEC were investigating whether Apple violated federal securities laws over the intentional iPhone slowdowns. Additional matters include: dozens of class action lawsuit in the United States, one of which resulted in a settlement with a total payout of up to $500 million; a suit by 33 US states that resulted in a $113 million settlement; a suit by several providences of Canada, which resulted in a settlement with a total payout of up to $14.4 million (Canadian dollars); and a class action lawsuit launched on behalf of U.K. iPhone users with the Competition Appeal Tribunal.

103. Moreover, multiple countries have imposed substantial punitive fines on Apple after investigating its conduct, some of which were imposed specifically for intentional conduct. Italy's competition authority imposed a €10 million fine for Apple's "unfair commercial practices" in violation of Articles 20, 21, 22 and 24 of the Consumer Code. The authority found that Apple had violated these Articles by affirmatively "induc[ing] consumers . . . to install software updates" that damaged their phones. The Articles of the Consumer Code that Apple violated punish intentional conduct. Article 21, for example, punishes "deceptive actions," and Article 22 punishes, among other things, "conceal[ment]." Italy's competition authority confirmed that certain software updates had a negative effect on the performance of the devices. The authority found that the operating system updates "caused serious malfunctions and significantly reduced performance, thus accelerating phones' substitution" and stated that Apple had not provided clients adequate information about the impact of the new software "or any means of restoring the original functionality of the products." Apple was issued fines of €10 million for these violations.

104. Similarly, the French competition authority, Directorate General for Competition Policy, Consumer Affairs and Fraud Control, imposed a €25 million fine on Apple. The authority stated that iPhone owners "were not informed that installing iOS updates (10.2.1 and 11.2) could slow down their devices."

105. Moreover, Apple extensively tests each of its updates prior to releasing it to the public. Apple knows that software updates can significantly degrade the performance of its devices and, for that reason, tests extensively all updates to measure the impact they have on device performance. Through this testing, Apple learned the damage that iOS 15 would have on the performance of the iPhone 7 Devices.

106. In short, Apple releases new iOS versions that it knows and intends will cause performance degradations on older iPhones and result in immense added profit for the Company.

107. That Apple does not make its software updates available for all older models of iPhones is consistent with Apple's scheme of impairing iPhones to encourage upgrading. There is a limit to what Apple can get away without generating enough attention and backlash to undermine its scheme. If Apple were to provide full software updates to its oldest iPhone models that contain hardware that is wholly incapable of running that software, these updates would totally disable 100% of the iPhones on which it was installed. If Apple permitted software updates on very old iPhones, and so totally disabled all very old iPhones on which it was installed, Apple's scheme would be so obvious that it would draw more national attention that it currently does. Instead, Apple permits updates that on many iPhones will only materially impair their operation, rather than totally disabling them, and so encourages iPhone users to upgrade their impaired phones without generating news stories about how it completely disables old iPhones with updates.

108. iOS 15 has caused Plaintiffs significant harm, including monetary and non-monetary damages, by damaging the functionality of their iPhone 7 Devices. This harm includes the decline in value of their devices as a result of iOS 15 being downloaded onto them, increased time and expense in dealing with device performance issues, the cost of replacing the battery in their devices and/or the devices themselves, and not receiving the benefit of the bargain when purchasing their iPhone 7 Devices.

## V. CLASS ACTION ALLEGATIONS

109. Plaintiffs seek certification of the following class, pursuant to Fed. R. Civ. P. 23(b)(2) and (b)(3), as applicable, and (c)(4):

> All purchasers, owners, users, or lessees of any iPhone 7 Device in the United States that was updated to any version of iOS 15.

110. In addition (or, in the case of the California Subclass, in the alternative), Plaintiffs seek certification of the following subclasses:

**California Subclass:** All purchasers, owners, users, or lessees of any iPhone 7 Device in California that was updated to any version of iOS 15.

**New York Subclass:** All purchasers, owners, users, or lessees of any iPhone 7 Device in New York that was updated to any version of iOS 15.

**North Carolina Subclass:** All purchasers, owners, users, or lessees of any iPhone 7 Device in North Carolina that was updated to any version of iOS 15.

**Virginia Subclass:** All purchasers, owners, users, or lessees of any iPhone 7 Device in Virginia that was updated to any version of iOS 15.

111.    The classes and subclasses defined above are collectively referred to herein as the "Class," unless specifically stated otherwise.

112.    Excluded from the Class are Apple, its subsidiaries, affiliates, officers, directors, and employees.

113.    **Numerosity** under Fed. R. Civ. P. 23(a)(1)**:** The members of each class are so numerous and geographically dispersed that individual joinder of all class members is impracticable. Plaintiffs are informed and believe—based upon the publicly-available information discussed herein—that there are hundreds of thousands or millions of class members, making joinder impracticable. Those individuals' identities are available through Apple's records, and class members may be notified of the pendency of this action by recognized, Court-approved notice dissemination methods.

114.    **Commonality and Predominance** under Fed. R. Civ. P. 23(a)(2) and (b)(3), respectively**:** Apple has acted with respect to Plaintiffs and the other members of the Class in a manner generally applicable to each of them. There is a well-defined community of interest in the questions of law and fact involved, which affect all Class Members. The questions of law and fact common to the Class predominate over the questions that may affect individual class members, including the following:

    a.    Whether iOS 15 damaged the performance of the iPhone 7 Devices;

    b.    Whether Apple misrepresented or omitted the effect of iOS 15 of the iPhone 7 Devices;

c. Whether Apple knew that iOS 15 would damage the performance of the iPhone 7 Devices;

d. Whether Apple's uniform conduct violated each of the causes of action set forth below, including the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, et seq.; California Computer Data Access and Fraud Act, Cal. Penal Code § 502, et seq.; California False and Misleading Advertising Law, Cal. Bus. & Prof. Code, § 17500 et seq.; trespass to chattels; Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200, et seq.; New York General Business Law, §§ 349, 350, et seq.; North Carolina Unfair Trade Practices Act, N.C. Gen. Stat. Ann. §§ 75-1.1, et seq.; and Virginia Consumer Protection Act, Va. Code Ann. §§ 59.1-196, et seq.;

e. Whether compensatory, trebled, consequential, or statutory damages, restitution, or attorneys' fees should be awarded to Plaintiffs and the other Class members, where permissible by statute;

f. Whether injunctive and/or other equitable relief is appropriate, and what that relief should be.

115. **Typicality** under Fed. R. Civ. P. 23(a)(3): Plaintiffs' claims are typical of other Class members' claims because Plaintiffs and class members were subjected to the same allegedly unlawful conduct and damaged in the same way.

116. **Adequacy of Representation** under Fed. R. Civ. P. 23(a)(4): Plaintiffs will fairly and adequately protect the interests of the Class. Plaintiffs are adequate class representatives because their interests do not conflict with the interests of class members who they seek to represent, Plaintiffs have retained counsel competent and experienced in complex class action litigation, and Plaintiffs intend to prosecute this action vigorously. The Class members' interests will be fairly and adequately protected by Plaintiffs and their counsel.

117. **Declaratory and Injunctive Relief** under Fed. R. Civ. P. 23(b)(2): The prosecution of separate actions by individual Class Members would create a risk of inconsistent

or varying adjudications with respect to individual Class Members that would establish incompatible standards of conduct for Apple. Such individual actions would create a risk of adjudications that would be dispositive of the interests of other Class Members and impair their interests. Apple has acted and/or refused to act on grounds generally applicable to the Class, making final injunctive relief or corresponding declaratory relief appropriate.

118.    Injunctive relief is particularly necessary in this case because Plaintiffs and other Class Members continue to own their iPhone 7 Devices and Apple will continue to offer updates, as it has done regularly since the introduction of the first iPhone. These updates contain important security fixes, and owners of the iPhone 7 Devices should be able to plug security holes in the iPhone 7 Devices without also damaging the performance the devices. Apple should be enjoined from continuing the *status quo*, which currently is to convince iPhone users to update their devices by disclosing only the benefits of the updates. At the very least, iPhone users should be told whether an update will impact the performance of their devices so that they can make an informed decision.

119.    **Superiority** under Fed. R. Civ. P. 23(b)(3): A class action is superior to any other available means for the fair and efficient adjudication of this controversy, and no unusual difficulties are likely to be encountered in the management of this class action. The damages or other financial detriment suffered by Plaintiffs and Class Members are relatively small compared to the burden and expense that would be required to individually litigate their claims against Apple, so it would be impracticable for Class Members to individually seek redress for Apple's wrongful conduct. Even if Class Members could afford litigation, the court system could not. Individualized litigation creates a potential for inconsistent or contradictory judgments and increases the delay and expense to all parties and the court system. By contrast, the class action device presents far fewer management difficulties and provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

AMENDED CLASS ACTION COMPLAINT (Case No. 5:23-cv-03882)

## VI.    CAUSES OF ACTION

120.    Plaintiffs bring the following causes of action. In addition to Apple's violation of federal law described in Count I, Counts II through V brought under California law apply to the entire Class because Apple's conduct, as described herein, originated from California, the iPhone 7 Devices and iOS 15 were designed and originated in California, and Apple's uniform iOS Software License Agreement provides that California law shall apply. In the alternative, Counts II through V are brought by the California Plaintiffs on behalf of the California Subclass and Count IV is additionally brought by the New York Plaintiffs on behalf of the New York Subclass, the North Carolina Plaintiff on behalf of the North Carolina Subclass, and the Virgina Plaintiff on behalf of the Virgina Subclass.

## COUNT I

## VIOLATIONS OF THE COMPUTER FRAUD AND ABUSE ACT
## 18 U.S.C. § 1030, et seq.

121.    Plaintiffs reallege and incorporate by reference each of the above paragraphs as if fully set forth herein.

122.    Apple caused Plaintiffs and class members to download and install iOS 15 to their iPhone 7 Devices without informing them that iOS 15 would diminish the performance of their iPhone 7 Devices. Accordingly, Plaintiffs and class members did not give permission for Apple to damage and/or disrupt their iPhone 7 Devices via iOS 15—nor could they—as Apple omitted material information to Plaintiffs and class members regarding iOS 15.

123.    Plaintiffs and class members' iPhone 7 Devices are protected computers as defined in 18 U.S.C. § 1030(e)(2)(B) because they are used in interstate commerce and/or are communication devices. Apple violated 18 U.S.C. § 1030(a)(5)(A) because it knowingly caused the transmission of a program, information, code, or command by sending iOS updates, and, as a result of Apple's knowing transmission, Apple intentionally caused damages without authorization to Plaintiffs' iPhone 7 Devices. Apple programmers wrote every aspect of the update program(s). Apple extensively tests each of its updates prior to releasing it to the public,

and Apple knows that software updates can significantly degrade the performance of its devices and, for that reason, tests extensively all updates to measure the impact they have on device performance. Apple knew the damage that iOS 15 would have on the performance of the iPhone 7 Devices and that iOS 15 would have those damaging effects. As alleged above, Plaintiffs and class members did not know that iOS 15 would damage their iPhone 7 Devices and, therefore, did not authorize such damage.

124.    Apple's conduct has caused Plaintiffs and class members economic damages. An iPhone whose performance has been degraded is worth less than prior to the degradation. Indeed, part of what consumers pay for when purchasing iPhone 7 Device is the expectation that it will continue to perform at least at the same level. That aspect of the iPhone 7 Devices was significantly harmed by the performance degradation that iOS 15 caused.

125.    Class members, including Plaintiffs, have additionally suffered the impaired use of their iPhone 7 Devices. Immediately after installing iOS 15, their iPhone 7 Devices became slower and performed worse, and they should be compensated for such reduction in function.

126.    Moreover, there is a healthy and active market for used iPhones, and many retailers, including Apple itself, allow iPhone owners to trade in their devices for a reduction in price of a new device. Plaintiffs and class members have additionally suffered loss by reasons of these violations.

127.    Unless Apple is restrained and enjoined, Apple will continue to commit such acts. As alleged above, iPhone updates contain important security functions and, for that reason, iPhone users must be protected from future damage to their devices by impending updates they may wish to implement to keep their devices secure. Money damages alone are inadequate, entitling Plaintiffs to remedies including injunctive relief as provided by § 1030(g).

128.    Plaintiffs and class members suffered damages as a result of Apple's actions, including as described in Paragraphs 108 and 124-27. Plaintiffs seek all damages available as a result of Apple's violation of the Consumer Fraud and Abuse Act.

## COUNT II

### VIOLATIONS OF THE CALIFORNIA COMPUTER DATA

### ACCESS AND FRAUD ACT
### Cal. Penal Code § 502, et seq.

129.    Plaintiffs reallege and incorporate by reference each of the above paragraphs as if fully set forth herein.

130.    In pushing iOS 15 to unsuspecting users of iPhone 7 Devices, Apple violated the California Penal Code, Computer Data Access and Fraud Act, Cal. Penal Code § 502, et seq. ("CDAFA").

131.    Apple specifically violated § 502 (c)(4) and (c)(5).

132.    As to § 502(c)(4), Apple knowingly accessed a computer system (the iPhone 7 Devices) by providing and installing iOS 15, which damaged the iPhone 7 Devices. Apple did not inform Plaintiffs or the class members that installation of iOS 15 would degrade the performance of their iPhone 7 Devices, and, therefore, Plaintiffs and other class members did not consent to the damages.

133.    As to § 502(c)(5), Apple knowingly and without consent disrupted computer services by installing software updates (iOS 15) to their iPhone 7 Devices, which, as alleged above, degraded the performance of the devices. "Computer services" is defined by Cal. Penal Code § 502(b)(4) as "computer time, data processing, or storage functions, Internet services, electronic mail services, electronic message services, or other uses of a computer, computer system, or computer network." The iPhone 7 Devices are and/or provide computer services within the meaning of the statute.

134.    Because class members did not know that the updates would degrade the performance of their devices, they did not give Apple permission to access, damage, and/or disrupt their iPhone 7 Devices.

135. Plaintiffs and class members suffered damages as a result of Apple's actions, including as described in Paragraphs 108 and 124-27 above. Plaintiffs seek all damages available as a result of Apple's unlawful conduct.

## COUNT III

### VIOLATIONS OF CALIFORNIA'S FALSE AND MISLEADING ADVERTISING LAW
### Cal. Bus. & Prof. Code, § 17500 et seq.

136. Plaintiffs reallege and incorporate by reference each of the above paragraphs as if fully set forth herein.

137. Apple's acts and practices, as described herein, have deceived and/or are likely to continue to deceive class members and the public. Apple mispresented the performance iOS 15 on the iPhone 7 Devices, concealed the performance degradation of the iPhone 7 Devices caused by iOS 15, and misrepresented the purpose of iOS 15.

138. By its actions, Apple disseminated uniform advertising regarding iOS 15 based out of California, and governed by California law. The advertising was, by its very nature, unfair, deceptive, untrue, and misleading within the meaning of Cal. Bus. & Prof. Code § 17500, et seq. Such advertisements were intended to and likely did deceive the consuming public for the reasons detailed herein.

139. The above-described false, misleading, and deceptive advertising Apple disseminated continues to have a likelihood to deceive in that Apple failed to disclose the true nature of iOS 15 and its impact on the iOS 7 Devices, continuing to deceive consumers.

140. Apple continued to misrepresent to consumers that iOS 15 improved or maintained the performance of the iPhone 7 Devices even though it actually degraded the performance of the devices. Had Apple disclosed those issues, rather than falsely advertising iOS 15, consumers would have not downloaded iOS 15 onto their devices. In addition, had Apple disclosed the way in which increasingly complex iOS updates interact with older devices, consumers would not have purchased their iPhone 7 Devices for the price that Apple charged.

141.    In making and disseminating the statements alleged herein, Apple knew, or should have known, its advertisements were untrue and misleading in violation of California law. Plaintiffs and other class members based their decisions to download iOS 15 on Apple's omitted material facts. Plaintiffs and class members were injured in fact and lost money and property as a result.

142.    The misrepresentations and non-disclosures by Apple of the material facts described and detailed herein constitute false and misleading advertising and, therefore, constitute violations of Cal. Bus. & Prof. Code § 17500, et seq.

143.    As a result of Apple's wrongful conduct, Plaintiffs and the class members have suffered economic injury and other harm.

144.    Monetary damages and other legal remedies are inadequate to address Apple's wrongful practices described in this complaint. Among other reasons, such remedies would not end Apple's wrongful practices. Plaintiffs are entitled to injunctive relief to address Apple's wrongful conduct. Plaintiffs further seek any additional equitable relief to which they may be entitled.

## COUNT IV

### TRESPASS TO CHATTELS

145.    Plaintiffs reallege and incorporate by reference each of the above paragraphs as if fully set forth herein.

146.    California common law prohibits the intentional intermeddling with personal property in the possession of another, without consent, that results in either a) the deprivation of the use of that personal property; or b) the impairment of the condition, quality, or usefulness of the property.

147.    Apple impaired the condition, quality, and usefulness of Plaintiffs' and class members' iPhone 7 Devices, or parts of them, without their knowledge or consent. Such acts constituted an intentional interference with the use and enjoyment of the iPhone 7 Devices.

148. Apple acted intentionally, because it knew that Plaintiffs and class members were downloading computer software onto their iPhone 7 Devices that reduced the performance of the devices. Plaintiffs and other class members only consented to the installation of iOS 15 because it would improve or maintain performance, not diminish performance.

149. Apple engaged in deception to gain access to the iPhone 7 Devices and install new computer software in the form of iOS 15.

150. Plaintiffs and class members suffered damages as a result of Apple's actions, including as described in Paragraphs 108 and 124-27 above. Plaintiffs seek all damages available as a result of Apple's trespass.

## COUNT V

### VIOLATIONS OF CALIFORNIA'S UNFAIR COMPETITION LAW ("UCL") Cal. Bus. & Prof. Code, § 17200 et seq.

151. Plaintiffs reallege and incorporate by reference each of the above paragraphs as if fully set forth herein.

152. Apple is a "person" as defined by Cal. Bus. & Prof. Code § 17201.

153. Apple violated the UCL by engaging in unlawful, unfair, and deceptive business acts and practices.

154. Apple has engaged in "unlawful" business practices by violating multiple laws, including the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, et seq.; California Computer Access and Fraud Act, Cal. Penal Code § 502, et seq.; False and Misleading Advertising Law, Cal. Bus. & Prof. Code § 17500, et seq.; and trespass to chattels.

155. Apple violated § 17200's prohibition against "fraudulent" conduct by touting to consumers, including Plaintiffs, that iOS 15 would improve their devices without disclosing the critically important information that iOS 15 would degrade the performance of their devices. Apple's representations and omissions were likely to mislead reasonable consumers and did mislead them. Plaintiffs and other members of the Class relied on Apple's misrepresentations and would not have downloaded iOS 15 if they knew that such iOS updates would cause their

iPhones to be damaged. As alleged above, among other economic damage, the iPhone 7 Devices are worth less now than before Apple tricked them into installing iOS 15.

156.    Apple's conduct is also "unfair" pursuant to the UCL. Apple's conduct is substantially injurious to consumers like Plaintiffs and other Class members, offends public policy, is immoral, unethical, oppressive, and unscrupulous as the gravity of the conduct—damaging iPhone 7 Devices that are an important means of communications and a critical tool that Apple's customers rely on for basic daily needs—outweighs any alleged benefit. Specifically, the utility gained by updating the iOS software of the iPhone 7 Devices was outweighed by the diminishment of the functionality of the devices. Apple engaged in this conduct at the expense of its customers' rights when other, lawful alternatives were available—such as providing customers with full information about iOS 15, among other alternatives.

157.    As a result of Apple's wrongful conduct, Plaintiffs and the class members have suffered economic injury and other harm.

158.    Monetary damages and other legal remedies are inadequate to address Apple's wrongful practices described in this complaint.  Among other reasons, such remedies would not end Apple's wrongful practices.  Plaintiffs are entitled to injunctive relief to address Apple's wrongful conduct.  Plaintiffs further seek any additional equitable relief to which they may be entitled.

**CLAIMS ON BEHALF OF THE NEW YORK SUBCLASS**

**COUNT VI**
**VIOLATIONS OF NEW YORK GENERAL BUSINESS LAW**
**N.Y. GEN. BUS. LAW §§ 349, ET SEQ.**

159.    The New York Plaintiffs identified above ("Plaintiffs," for purposes of Counts VII and VIII), individually and on behalf of the New York Subclass, reallege and incorporate by reference each of the above paragraphs as if fully set forth herein.

160.    Apple engaged in deceptive acts or practices in the conduct of its business, trade, and commerce or furnishing of services, in violation of N.Y. Gen. Bus. Law § 349, as described herein.

161.    Apple's representations and omissions were material because they were likely to deceive reasonable consumers.

162.    As a direct and proximate result of Apple's deceptive and unlawful acts and practices, Plaintiffs and New York Subclass members have suffered and will continue to suffer injury, ascertainable losses of money or property, and monetary and non-monetary damages.

163.    Apple acted intentionally, knowingly, and maliciously to violate New York's General Business Law, and recklessly disregarded Plaintiffs and New York Subclass members' rights. Apple's knowledge that iOS 15 would degrade the performance of the iPhone 7 Devices put it on notice that the devices were not as it advertised.

164.    Apple's deceptive and unlawful acts and practices complained of herein affected the public interest and consumers at large, including the New York Subclass members.

165.    The above deceptive and unlawful practices and acts by Apple caused substantial injury to Plaintiffs and New York Subclass members that they could not reasonably avoid.

166.    Plaintiffs and New York Subclass members suffered damages as a result of Apple's actions, including as described in Paragraphs 108 and 124-27 above. Plaintiffs seek all damages available as a result of Apple's violation of New York General Business Law § 349.

## COUNT VII

### VIOLATIONS OF NEW YORK GENERAL BUSINESS LAW
### N.Y. Gen. Bus. Law §§ 350, et seq.

167.    Plaintiffs reallege and incorporate by reference each of the above paragraphs as if fully set forth herein, including, in particular, Paragraphs 158 to 165 as to Section 349 of the New York General Business Law.

168.    Additionally, Apple's advertisements were false and misleading in a material way, as described herein, via affirmative statements and omissions whereby Apple failed to reveal facts material in light of such representations or conduct.

169. Plaintiffs and New York Subclass members suffered damages as a result of Apple's actions, including as described in Paragraphs 108 and 124-27 above. Plaintiffs seek all damages available as a result of Apple's violation of New York General Business Law § 350.

## CLAIMS ON BEHALF OF THE NORTH CAROLINA SUBCLASS

### COUNT IX
### NORTH CAROLINA UNFAIR TRADE PRACTICES ACT
### N.C. GEN. STAT. ANN. §§ 75-1.1, ET SEQ.

170. The North Carolina Plaintiff identified above ("Plaintiff," for purposes of this Count), individually and on behalf of the North Carolina Subclass, realleges and incorporates by reference each of the above paragraphs as if fully set forth herein.

171. Apple advertised, offered, or sold goods or services in North Carolina and engaged in trade or commerce directly or indirectly affecting the people of North Carolina, as defined by N.C. Gen. Stat. Ann. § 75-1.1(b).

172. Apple engaged in unfair and deceptive acts and practices in or affecting commerce, in violation of N.C. Gen. Stat. Ann. § 75-1.1, as described herein.

173. Apple's representations and omissions were material because they were likely to deceive reasonable consumers.

174. Apple intended to mislead Plaintiff and North Carolina Subclass members and induce them to rely on its misrepresentations and omissions.

175. Had Apple disclosed to Plaintiff and North Carolina Subclass members that it misrepresented the iPhone 7 Devices and iOS 15, omitted material information regarding the performance degradation of the iPhone Devices caused by iOS 15, omitted material information regarding iOS 15, and was otherwise engaged in deceptive, common business practices, Apple would have been unable to continue that business and it would have been forced to disclose the performance degradation in its devices caused by iOS 15. Instead, Apple represented that the performance of its iPhone 7 Devices was continually improving due to iOS 15, or was maintained while receiving other benefits. Plaintiff and the North Carolina Subclass members acted

reasonably in relying on Apple's misrepresentations and omissions, the truth of which they could not have discovered.

176.    Apple acted intentionally, knowingly, and maliciously to violate North Carolina's Unfair Trade Practices Act, and recklessly disregarded Plaintiff and North Carolina Subclass members' rights. Apple's knowledge of the performance degradation on the iPhone 7 Devices caused by iOS 15 put it on notice that iOS 15 and the iPhone 7 Devices were not as Apple advertised.

177.    As a direct and proximate result of Apple's unfair and deceptive acts and practices, Plaintiff and North Carolina Subclass members have suffered and will continue to suffer injury, ascertainable losses of money or property, and monetary and non-monetary damages.

178.    Apple's conduct as alleged herein was continuous, such that after the first violations of the provisions pled herein, each week that the violations continued constitute separate offenses pursuant to N.C. Gen. Stat. Ann. § 75-8.

179.    Plaintiff and North Carolina Subclass members suffered damages as a result of Apple's actions, including as described in Paragraphs 108 and 124-27 above. Plaintiff seeks all damages available as a result of Apple's violation of the North Carolina Unfair Trade Practices Act.

**CLAIMS ON BEHALF OF THE VIRGINIA SUBCLASS**

**COUNT X**

**VIRGINIA CONSUMER PROTECTION ACT**
**VA. CODE ANN. §§ 59.1-196, ET SEQ.**

180.    The Virginia Plaintiff identified above ("Plaintiff," for purposes of this Count), individually and on behalf of the Virginia Subclass, reallege and incorporate by reference each of the above paragraphs as if fully set forth herein.

181. The Virginia Consumer Protection Act prohibits "[u]sing any . . . deception, fraud, false pretense, false promise, or misrepresentation in connection with a consumer transaction." Va. Code Ann. § 59.1-200(14).

182. Apple is a "person" as defined by Va. Code Ann. § 59.1-198.

183. Apple is a "supplier" as defined by Va. Code Ann. § 59.1-198.

184. Apple engaged in the complained-of conduct in connection with "consumer transactions" with regard to "goods" and "services," as defined by Va. Code Ann. § 59.1-198. Apple advertised, offered, or sold goods and services used primarily for personal, family or household purposes.

185. Apple engaged in deceptive acts and practices by using deception, fraud, false pretense, false promise, and misrepresentation in connection with consumer transactions, described herein.

186. Apple intended to mislead Plaintiff and Virginia Subclass members and induce them to rely on its misrepresentations and omissions.

187. Apple's representations and omissions were material because they were likely to deceive reasonable consumers.

188. Had Apple disclosed to Plaintiff and Virginia Subclass members that it misrepresented the iPhone 7 Devices and iOS 15, omitted material information regarding the performance degradation of the iPhone 7 Devices caused by iOS 15, omitted material information regarding iOS 15, and was otherwise engaged in deceptive, common business practices, Apple would have been unable to continue that business and it would have been forced to disclose the performance degradation in its devices caused by iOS 15. Instead, Apple represented that the performance of the iPhone 7 Devices was continually improving due to iOS 15, or was maintained while receiving other benefits. Plaintiff and the Virginia Subclass members acted reasonably in relying on Apple's misrepresentations and omissions, the truth of which they could not have discovered.

189. Apple had a duty to disclose these facts due to the circumstances of this case. Apple's duty to disclose also arose from its:

    a. Possession of exclusive knowledge regarding the degradation of the performance of the iPhone 7 Devices caused by iOS 15;

    b. Active concealment of the degradation of the performance of the iPhone 7 Devices caused by iOS 15 and purpose of iOS 15; and

    c. Incomplete representations about the iPhone 7 Devices, iOS 15, and the impact that iOS 15 had on the performance of the iPhone 7 Devices.

190. The above-described deceptive acts and practices also violated the following provisions of VA Code § 59.1-200(A):

    a. Misrepresenting that goods or services have certain quantities, characteristics, ingredients, uses, or benefits;

    b. Misrepresenting that goods or services are of a particular standard, quality, grade, style, or model; and

    c. Advertising goods or services with intent not to sell them as advertised, or with intent not to sell them upon the terms advertised.

191. Apple acted intentionally, knowingly, and maliciously to violate Virginia's Consumer Protection Act, and recklessly disregarded Plaintiff and Virginia Subclass members' rights. Apple's knowledge of the iPhone 7 Devices' performance issues caused by iOS 15 put it on notice that the devices and iOS 15 were not as Apple advertised.

192. As a direct and proximate result of Apple's deceptive acts or practices, Plaintiff and Virginia Subclass members have suffered and will continue to suffer injury, ascertainable losses of money or property, and monetary and non-monetary damages.

193. Apple's violations present a continuing risk to Plaintiff and Virginia Subclass members as well as to the general public.

194.    Plaintiff and Virginia Subclass members suffered damages as a result of Apple's actions, including as described in Paragraphs 108 and 124-27 above. Plaintiff seeks all damages available as a result of Apple's violation of the Virginia Consumer Protection Act.

## VII.    PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs, individually and on behalf of all other Class Members, respectfully request that the Court enter an Order:

A.    Declaring that this action is a proper class action, certifying the Class and/or Subclasses as requested herein, designating Plaintiffs as Class Representatives, and appointing Plaintiffs' attorneys as Class Counsel;

B.    Enjoining Apple from continuing the unlawful practices alleged herein;

C.    Ordering Apple to pay actual and statutory damages (including treble and/or punitive damages) and restitution to Plaintiffs and the other class members, as allowable by law;

D.    Ordering Apple to pay both pre- and post-judgment interest on any amounts awarded;

E.    Ordering Apple to pay attorneys' fees and costs of suit, including as provided for under the causes of action described above and under California Code of Civil Procedure § 1021.5;

F.    Ordering injunctive relief and other appropriate equitable relief; and

G.    Ordering such other and further relief as may be just and proper.

## VIII.    DEMAND FOR TRIAL BY JURY

Plaintiffs hereby demand a trial by jury on all issues so triable.

Dated:  April 24, 2025                Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Austin Van*
Jeremy A. Lieberman (*pro hac vice forthcoming*)
Austin P. Van
Michael Grunfeld (*pro hac vice forthcoming*)
Emma Gilmore (*pro hac vice forthcoming*)
600 Third Avenue, 20th Floor

New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: avan@pomlaw.com
Email: mgrunfeld@pomlaw.com
Email: egilmore@pomlaw.com

*Counsel for Plaintiffs*