Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

Phyllis A. Jones (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5868
Email: pajones@cov.com

Amy S. Heath (Bar No. 312516)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-7030
Facsimile: (415) 955-6530
Email: aheath@cov.com

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DR. FERN MARGOLIS, MAYER MARGOLIS, JUAN PADILLA, ZEV LEWINSON, EDUARDO ARANIBAR, ELIZABETH GIUDICE, EARL MCFARLAND, GLENNIS PARKER, and SHAUN BIDDISCOME, Individually and On Behalf of All Others Similarly Situated,<br><br>                                   Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>                                   Defendant. | Case No.: 5:23-cv-03882-PCP<br><br>**MOTION AND [PROPOSED] ORDER TO APPEAR REMOTELY AT JULY 31, 2025 HEARING ON APPLE'S MOTION TO DISMISS**<br><br>Date:        July 31, 2025<br>Time:        09:00 AM PT<br>Location:   Courtroom 7 - 4th Floor<br>Judge:       Hon. P. Casey Pitts |

Pursuant to the Court's Standing Order for Civil Cases, Defendant Apple, Inc. respectfully requests permission for Justin Goggins and Taryn Winston, both in-house counsel for Apple, to appear remotely via teleconference line or Zoom at the July 31, 2025 hearing on Apple's Motion to Dismiss Second Amended Complaint (ECF 67). Good cause exists to allow Mr. Goggins and Ms. Winston to appear remotely because they are based in Washington, D.C. and would therefore incur burdensome travel expenses if they are required to attend in person. Mr. Goggins and Ms. Winston will not actively participate in the hearing. Outside counsel for Apple, Covington & Burling LLP, will attend the hearing in person.

Counsel for plaintiffs do not oppose this request.

DATED: July 21, 2025

COVINGTON & BURLING LLP

By: */s/ Kathryn E. Cahoy*
Kathryn E. Cahoy

Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

Phyllis A. Jones (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5868
Email: pajones@cov.com

Amy S. Heath (Bar No. 312516)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-7030

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Facsimile: (415) 955-6530
Email: aheath@cov.com

*Attorneys for Defendant Apple Inc.*

**[PROPOSED]** **ORDER**

Good cause appearing, the Court hereby orders that Justin Goggins and Taryn Winston, in-house counsel for Apple, may appear remotely via Zoom at the July 31, 2025 hearing on Apple's Motion to Dismiss Second Amended Complaint (ECF 67). Counsel for Apple shall contact the Courtroom Deputy to obtain dial-in instructions for the hearing.

IT IS SO ORDERED.

Dated: __July 24, 2025__

Honorable P. Casey Pitts
United States District Judge