**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (212) 661-8665
jpafiti@pomlaw.com

*Counsel for Plaintiffs*

Kathryn E. Cahoy (Bar No. 298777)
Emily Johnson Henn (Bar No. 269482)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

*Counsel for Defendant Apple Inc*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DR. FERN MARGOLIS, MAYER MARGOLIS, JUAN PADILLA, ZEV LEWINSON, EDUARDO ARANIBAR, ELIZABETH GUIDICE, EARL MCFARLAND, GLENNIS PARKER, and SHAUN BIDDISCOMBE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC. <br><br> Defendant. | Case No. 5:23-cv-03882-PCP <br><br> **REVISED JOINT CASE MANAGEMENT SCHEDULE AND PROPOSED ORDER** |

Plaintiffs and Defendant Apple Inc., by and through their respective counsel, jointly submit this revised proposed joint case management schedule pursuant to the Court's October 30, 2025 order (ECF No. 92).

The Parties propose the following schedule:

| Case Event | Date |
|---|---|
| Substantial Completion of Document Productions | April 15, 2026 |
| Last Day to Amend Pleadings | April 20, 2026 |
| Close of Fact Discovery | June 30, 2026 |
| Last Day to File Motion for Class Certification and Serve Expert Disclosures/Reports relating to Class Certification | August 14, 2026 |
| Last Day to File Opposition to Motion for Class Certification and Serve Rebuttal Expert Disclosures/Reports relating to Class Certification | October 16, 2026 |
| Last Day to File Reply in Support of Motion for Class Certification | December 4, 2026 |
| Class Certification Hearing | *As available with the Court* |

*Following a ruling on class certification, the parties request that the Court hold another CMC to discuss the remainder of the case schedule.*

DATED:  November 28, 2025

**POMERANTZ LLP**

By: */s/ Austin Van*
Jeremy A. Lieberman (*pro hac vice*)
Austin P. Van (*pro hac vice*)
Michael Grunfeld (*pro hac vice*)
Emma Gilmore (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: avan@pomlaw.com
Email: mgrunfeld@pomlaw.com
Email: egilmore@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiffs*

DATED:  November 28, 2025

**COVINGTON & BURLING LLP**

By: */s/ Kathryn Cahoy*
Kathryn E. Cahoy (Bar No. 298777)
Emily Johnson Henn (Bar No. 269482)
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

Phyllis A. Jones (*pro hac vice*)
Marc Capuano (*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5868
Email: pajones@cov.com
Email: mcapuano@cov.com

Cortlin H. Lannin (Bar No. 266488)
Amy S. Heath (Bar No. 312516)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 955-6530
Email: clannin@cov.com
Email: aheath@cov.com

*Counsel for Defendant Apple Inc.*

**[PROPOSED] CASE MANAGEMENT SCHEDULE ORDER**

**The above JOINT CASE MANAGEMENT SCHEDULE & PROPOSED ORDER is approved as the Case Management Schedule for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]**

**IT IS SO ORDERED.**

Date: _____

_____
Honorable P. Casey Pitts
United States District Judge

**<u>ATTORNEY ATTESTATION</u>**

Pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), I attest that the concurrence in the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

Dated: November 28, 2025

/s/ *Austin P. Van*
Austin P. Van