POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (212) 661-8665
jpafiti@pomlaw.com

*Counsel for Plaintiffs*

Kathryn E. Cahoy (Bar No. 298777)
Emily Johnson Henn (Bar No. 269482)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

*Counsel for Defendant Apple Inc*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DR. FERN MARGOLIS, MAYER MARGOLIS, JUAN PADILLA, ZEV LEWINSON, EDUARDO ARANIBAR, ELIZABETH GUIDICE, EARL MCFARLAND, GLENNIS PARKER, and SHAUN BIDDISCOMBE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC. <br><br> Defendant. | Case No. 5:23-cv-03882-PCP <br><br> **STIPULATION OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

The parties hereby stipulate to the dismissal with prejudice of the claims brought by Plaintiffs Earl McFarland ("McFarland"), James Roohan ("Roohan"), Ferdinand Metz ("Metz") and Zev Lewinson ("Lewinson") in this action against Defendant Apple Inc. pursuant to Fed. R. Civ. P. 41(a)(I)(A)(ii), and state as follows:

1.      Each side shall bear its own attorneys' fees and costs incurred in connection with Plaintiffs McFarland, Roohan, Metz, and Lewinson's claims in this action;

2.      For the avoidance of doubt, nothing in this Stipulation shall be construed as a dismissal of the claims brought in this action by Plaintiffs Dr. Fern Margolis, Mayer Margolis, Juan Padilla, Eduardo Aranibar, Elizabeth Guidice, Glennis Parker, Shaun Biddiscombe, or Evan Swinford against Defendant Apple Inc., or of the action itself;

3.      This dismissal shall not affect or alter the rights of any other plaintiff or putative class member in this action to pursue their claims against Defendant Apple Inc. and shall not affect Defendant Apple Inc.'s rights or defenses as to any such claims.

THEREFORE, it is hereby stipulated and agreed by all parties that Plaintiffs McFarland, Roohan, Metz, and Lewinson's claims in this this action against Defendant Apple Inc. are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

STIPULATION OF PARTIAL VOLUNTARY
DISMISSAL
CASE NO. 5:23-CV-03882-PCP

DATED:  January 20, 2026

**POMERANTZ LLP**

By: */s/ Austin P. Van*
Jeremy A. Lieberman (*pro hac vice*)
Austin P. Van (*pro hac vice*)
Michael Grunfeld (*pro hac vice*)
Emma Gilmore (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: avan@pomlaw.com
Email: mgrunfeld@pomlaw.com
Email: egilmore@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Plaintiffs*

STIPULATION OF PARTIAL VOLUNTARY
DISMISSAL
CASE NO. 5:23-CV-03882-PCP

DATED:  January 20, 2026

**COVINGTON & BURLING LLP**

By: */s/ Marc Capuano*
Kathryn E. Cahoy (Bar No. 298777)
Emily Johnson Henn (Bar No. 269482)
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

Phyllis A. Jones (*pro hac vice*)
Marc Capuano (*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5868
Email: pajones@cov.com
Email: mcapuano@cov.com

Cortlin H. Lannin (Bar No. 266488)
Amy S. Heath (Bar No. 312516)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 955-6530
Email: clannin@cov.com
Email: aheath@cov.com

*Counsel for Defendant Apple Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this, the 20th day of January, 2026, a true and correct copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Austin P. Van*
Austin P. Van

## **ATTORNEY ATTESTATION**

Pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), I attest that the concurrence in the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

Dated: January 20, 2026

/s/ *Austin P. Van*
Austin P. Van

STIPULATION OF PARTIAL VOLUNTARY DISMISSAL
CASE NO. 5:23-CV-03882-PCP