**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DR. FERN MARGOLIS, MAYER MARGOLIS, JUAN PADILLA, ZEV LEWINSON, EDUARDO ARANIBAR, ELIZABETH GUIDICE, EARL MCFARLAND, GLENNIS PARKER, and SHAUN BIDDISCOMBE, Individually and On Behalf of All Others Similarly Situated, | Civil Case No. 5:23-cv-03882-PCP |
| Plaintiffs, | **JOINT ESI STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| APPLE INC. | |
| Defendant. | |

Plaintiffs Dr. Fern Margolis, Mayer Margolis, Juan Padilla, Eduardo Aranibar, Elizabeth Guidice, Glennis Parker, Shaun Biddiscombe, and Evan Swinford and Defendant Apple Inc. hereby agree that the following procedures shall govern discovery of Electronically-Stored Information ("ESI") in this case.

The Court recognizes that this Protocol was negotiated between, and represents compromises by, the Parties based upon the specific facts, circumstances and needs of this Litigation. In light of these circumstances, this Protocol should not be taken to bind any Party here to these or similar provisions in future litigation.

1.    **Cooperation.** The parties are aware of the importance the Court places on cooperation and commit to cooperate in good faith throughout the matter consistent with this Court's Guidelines for the Discovery of ESI.

2.    **Format for production of documents – documents existing in electronic format.** Except as otherwise provided for in this Stipulation, all documents existing in electronic format shall be produced as either (a) black and white multiple page, searchable PDF format of at least 300 DPI resolution or (b) black and white single-page TIFF Images with CCITT group 4 compression, 300 DPI resolution.

3.    Images shall be produced along with Concordance/Opticon image load files that indicate the beginning and ending of each document. Unique Bates-numbers will be applied to each page where applicable.

A.    For documents which already exist in PDF format prior to production (i.e., which the producing party receives from a client or third party in PDF format), the producing party may provide them in that same PDF format, whether searchable or non-searchable.  For documents converted to PDF format prior to production, the producing party shall make reasonable efforts to convert to searchable PDF.

B.    **Metadata.**  Concordance delimited load file(s) should include, where applicable, the information listed in the Table of Metadata Fields, attached as Exhibit A.  However, the parties are not obligated to include metadata for any document that does not contain such metadata in the original, if it is not reasonably practicable to automate the creation of metadata when the document is collected. The parties reserve their rights to object to any request for the creation of metadata for documents that do not

1

contain metadata in the original.  The parties agree to meet and confer regarding additional metadata fields. The parties specifically reserve the right to request additional metadata fields for collaborative data (e.g., data from chats, Slack, Teams) if such responsive documents are to be produced.

C.    **Production media and encryption of productions.**  Unless otherwise agreed, the parties shall provide document productions in the following manner: The producing party shall provide the production data on CDs, DVDs, external hard drives or SFTP, as appropriate. The producing party shall encrypt the production data using WinRAR encryption, and the producing party shall forward the password to decrypt the production data separately from the CD, DVD, external drive or SFTP to which the production data is saved.

4.    **Format for production of documents – hardcopy or paper documents.**  All documents that are hardcopy or paper files shall be scanned and produced in the same manner as documents existing in electronic format, above.

5.    **Source code.** This Stipulation does not govern the format for production of source code, which shall be produced pursuant to the relevant provision of the Protective Order.

6.    **Parent and child emails.**  The parties shall produce email attachments sequentially after the parent email. Parent and child documents must be produced in full, so long as either the parent or child is responsive.  Any non-privileged documents that form part of a familial relationship with a responsive document must be produced in full, notwithstanding the redactions contemplated below.  If a document that is part of an otherwise responsive family is not producible due to technical error, the producing party may insert a slipsheet in its place stating "TECHNICAL ISSUE" and produce that slipsheet along with the rest of the family. If a document is fully privileged but attached to a non-privileged responsive document, the producing party shall include a slipsheet in its place stating "WITHHELD FOR PRIVILEGE" and produce that slipsheet along with the rest of the family.

7.    **Native files.** Excel spreadsheets and CSV files shall be produced in native format.  The producing party shall produce other native files, when reasonably available, upon reasonable request when the image renders the files unusable or a better understanding of the content within the document is needed. The producing party will make reasonable efforts to ensure that files produced in native format include all available fields. Documents produced natively shall be represented in the set of imaged documents by a

2

slipsheet indicating the production identification number and confidentiality designation for the native file that is being produced.

8.    **Databases.**   Certain types of databases are dynamic in nature and will often contain information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.   Thus, a party may opt to produce relevant and responsive information from databases in an alternate form, such as a report or data table.   These reports or data tables will be produced in a static format.

The parties agree to identify the specific databases, by name, that contain the relevant and responsive information that parties produce.

9.    **Requests for hi-resolution or color documents.**   The parties agree to respond to reasonable and specific requests for the production of higher resolution or color images.   Nothing in this Stipulation shall preclude a producing party from objecting to such requests as unreasonable in number, timing or scope, provided that a producing party shall not object if the document as originally produced is illegible or difficult to read.   The producing party shall have the option of responding by producing a native-file version of the document.   If a dispute arises with regard to requests for higher resolution or color images, the parties will meet and confer in good faith to try to resolve it.

10.    **Foreign language documents.** All documents shall be produced in their original language. Where a requested document exists in a foreign language and the producing party also has an English-language version of that document that it prepared for non-litigation purposes prior to filing of the lawsuit, the producing party shall produce both the original document and all English-language versions.   In addition, if the producing party has a certified translation of a foreign-language document that is being produced (whether or not the translation is prepared for purposes of litigation), the producing party shall produce both the original document and the certified translation.   Nothing in this agreement shall require a producing party to prepare a translation, certified or otherwise, for foreign language documents that are produced in discovery.

11.    **Redactions.** A Producing party may redact from a TIFF image, PDF, metadata field, or native file material that is protected from disclosure by (a) any applicable privilege or immunity, (b) competitively sensitive non responsive information, (c) personal identifying information, including

3

sensitive personal data, and (d) any other redactions supported by law, agreed by the Parties or provided for by this Court. Redactions must be limited to only language or information within the document deemed protected. The producing party shall identify redactions clearly on the face of any TIFF image or PDF, with the redaction reason provided in a manner agreed upon by the parties, such as on the face of the document, as a metadata field, or through a log. If excel files and other spreadsheet files require redaction, to the extent reasonably practicable, the Producing Party may use commercially available software to redact the Native File.

12. **Hyperlinked Documents.** The parties agree to meet and confer, in good faith, regarding the production of hyperlinked documents.

13. **Email Threading.** The parties agree not to use email threading to remove lesser included emails in an email thread for production and agree not to limit production to only the most inclusive emails.

14. This Stipulated Order may be modified by a Stipulated Order of the parties or by the Court for good cause shown.

IT IS SO STIPULATED, through Counsel of Record.

Dated: January 30, 2026

COVINGTON & BURLING LLP

By: */s/ Kathryn E. Cahoy*
Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

Phyllis A. Jones (*pro hac vice*)
Marc Capuano (*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000

4

Facsimile: (202) 778-5868
Email: pajones@cov.com
Email: mcapuano@cov.com

Cortlin H. Lannin (Bar No. 266488)
Amy S. Heath (Bar No. 312516)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-7030
Facsimile: (415) 955-6530
Email: clannin@cov.com
Email: aheath@cov.com

*Counsel for Defendant Apple Inc.*

Dated: January 30, 2026                **POMERANTZ LLP**

By: */s/ Austin P. Van*
Jeremy A. Lieberman (*pro hac vice*)
Austin P. Van (*pro hac vice*)
Michael Grunfeld (*pro hac vice*)
Emma Gilmore (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: avan@pomlaw.com
Email: mgrunfeld@pomlaw.com
Email: egilmore@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Plaintiffs*

5

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Date: _____          _____
                                          Honorable P. Casey Pitts
                                          United States District Judge

6

**CIV. L.R. 5-1(i)(3) ATTESTATION**

Pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories above, and that all signatories have consented to the placement of their electronic signature on this document.

Dated: January 30, 2026

By: */s/ Kathryn E. Cahoy*
Kathryn E. Cahoy

JOINT ESI STIPULATION AND [PROPOSED] ORDER                    CASE NO. 5:23-CV-03882-PCP

**EXHIBIT A**

**TABLE OF METADATA FIELDS[1]**

| Field Name | Specifications Field Name | Field Type | Description (Email) | Description (E-Files/Attachments) |
|---|---|---|---|---|
| BegDoc | Unique ID (Bates number) | Paragraph | The Document ID number associated with the first page of an email. | The Document ID number associated with the first page of a document |
| EndDoc | Unique ID (Bates number) | Paragraph | The Document ID number associated with the last page of an email. | The Document ID number associated with the last page of a document. |
| BegAttach | Unique ID (Bates number) Parent-Child Relationships | Paragraph | The Document ID number associated with the first page of a parent email. | The Document ID number associated with the first page of a parent document. |
| EndAttach | Unique ID (Bates number) Parent-Child Relationship | Paragraph | The Document ID number associated with the last page of the last attachment to a parent email. | The Document ID number associated with the last page of the last attachment to a parent document. |
| Pages | Pages | Number | The number of pages for an email. | The number of pages for a document. |

---

[1]  The parties recognize that the available metadata fields may differ across file type and, further, that metadata may be susceptible to unintentional errors or inconsistencies.

| **Field Name** | **Specifications Field Name** | **Field Type** | **Description (Email)** | **Description (E-Files/Attachments)** |
|---|---|---|---|---|
| DateSent | Date Sent | Date (MM/DD/YYYY format) | The date the email was sent. | For email attachments, the date the parent email was sent. |
| TimeSent | Time Sent | Time (hh:mm:ss sent) | The time the email was sent. | The time an email was sent. |
| Date/Time Created | Date/Time Created | Date/Time (MM/DD/YYYY, hh:mm:ss format) | The date/time a document was created. | The date/time a document was created. |
| Date/Time Last Modified | Date/Time Last Modified | Date/Time (MM/DD/YYYY, hh:mm:ss format) | The date/time a document was last modified. | The date/time a document was last modified. |
| Author | Author Display Name (e-mail) | Paragraph | The display name of the author or sender of an email. | The name of the author as identified by the metadata of the document. |
| To | Recipient | Paragraph | The display name of the recipient(s) of an email. | The display name of the recipient(s) of a document (e.g., fax recipients). |
| CC | CC | Paragraph | The display name of the copyee(s) of a email. | |
| BCC | BCC | Paragraph | The display name of the blind copyee(s) of an email. | |
| Subject | Subject (e-mail) | Paragraph | The subject line of an email. | The subject of a document from entered metadata. |

JOINT ESI STIPULATION AND [PROPOSED] ORDER                    CASE NO. 5:23-CV-03882-PCP

| Field Name | Specifications Field Name | Field Type | Description (Email) | Description (E-Files/Attachments) |
|---|---|---|---|---|
| Custodian | Custodian | Paragraph | The custodian of a document. | The custodian of a document. |
| All Custodians | All Custodians | Paragraph | All the custodians | All the custodians of a document. |
| File Name | File Name | Paragraph | File Name of an email or document. | File system name f an electronic file or email as it appeared in its original location. |
| Hash | Hash | Paragraph | Unique digital signature of a file. | Unique digital signature of a file, utilizing the MD5 or SHA Hash |
| Document Extension | Document Extension | Paragraph | File extension of original file. | File extension of original file. |
| Confidentiality | Confidentiality | Paragraph | Confidentiality Designation of a Document. | Confidentiality Designation of a Document. This field is optional. |
| Redactions | Redactions | Paragraph | Indicates if a document has been redacted (Yes or No). | Indicates if a document has been redacted (Yes or No). |
| Redaction Reason | Redaction Reason | Paragraph | Basis for making the redaction. | Basis for making the redaction. This field may be included if the reason for redaction is not present on the face of the redaction. |
| Native Link | Native Link | Paragraph | Contains path to the native files in the production. | Contains path to the native files in the production. |
| Text Link | Text Link | Paragraph | Contains path to the .txt files in the production. | Contains path to the .txt files in the production. |